# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A § CINGULAR WIRELESS, § HTC AMERICA, INC., § HTC CORP., § KYOCERA WIRELESS CORP., § KYOCERA CORP., § LG ELECTRONICS USA, INC., § LG ELECTRONICS, INC., § MOTOROLA, INC., § NOKIA, INC., § NOKIA CORP., § PALM, INC., § RESEARCH IN MOTION CORP. § RESEARCH IN MOTION LTD., § SPRINT SPECTRUM L.P., D/B/A SPRINT § PCS, § T-MOBILE USA, INC., § and § CELLCO PARTNERSHIP, D/B/A § VERIZON WIRELESS, § § Defendants. § | Civil Action No. _____ **JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff FlashPoint Technology, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: March 7, 2008                                            Respectfully submitted,

                                                                                /s/ David Margules
                                                                          David Margules

-2-

        Delaware Bar No. 2254
        E-mail: dmargules@bmf-law.com
        **BOUCHARD MARGULES & FRIEDLANDER, P.A.**
        222 Delaware Avenue
        Suite 1400
        Wilmington, Delaware 19801
        Telephone: (302) 573-3500
        Facsimile: (302) 573-3501

        **OF COUNSEL**:
        Patrick J. Coughlin, Esq.
        E-mail: patc@csgrr.com
        Michael J. Dowd, Esq.
        E-mail: miked@csgrr.com
        Ray A. Mandlekar, Esq.
        E-mail: rmandlekar@csgrr.com
        **COUGHLIN STOIA GELLER RUDMAN ROBBINS LLP**
        655 West Broadway, Suite 1900
        San Diego, California 92101
        Telephone: (619) 231-1058
        Facsimile: (619) 231-7423

        John F. Ward, Esq.
        E-mail: wardj@wardolivo.com
        John W. Olivo, Jr., Esq.
        E-mail: olivoj@wardolivo.com
        David M. Hill, Esq.
        E-mail: hilld@wardolivo.com
        **WARD & OLIVO**
        380 Madison Avenue
        New York, New York 10017
        Telephone: (212) 697-6262
        Facsimile: (212) 972-5866

        *Attorneys for Plaintiff*
        *FlashPoint Technology, Inc.*