AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X  Patents or   ☐  Trademarks:

| DOCKET NO.<br>08cv140 | DATE FILED<br>3/7/08 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Flashpoint Technology, Inc. | | DEFENDANT<br>AT&T Mobility, LLC, HTC America, Inc., HTC Corp., Kyocera Wireless Corp., Kyocera Corp., LG Electronics USA. Inc., LG Electronics, Inc., Motorola, Inc. Nokia, Inc., Nokia Corp., Palm, Inc., Researech In Motion Corp., Research In Motion Ltd.,Sprint Spectrum L.P., T-Mobile USA, Inc. and Cellco Partnership |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,118,480 | 9/12/00 | Flashpoint Technology, Inc. |
| 2 | 6,177,956 B1 | 1/23/01 | Flashpoint Technology, Inc. |
| 3 | 6,222,538 B1 | 4/24/01 | Flashpoint Technology, Inc. |
| 4 | 6,223,190 B1 | 4/24/01 | Flashpoint Technology, Inc. |
| 5 | 6,249,316 B1 | 6/19/01 | Flashpoint Technology, Inc. |
|   | 6,486,914 B1 | 11/26/02 | Flashpoint Technology, Inc. |
|   | 6,504,575 B1 | 1/7/03 | Flashpoint Technology, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | 3/10/08 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**