AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

FLASHPOINT TECHNOLOGY, INC.

        PLAINTIFF,

V.

AT&T MOBILITY, LLC, D/B/A
   CINGULAR WIRELESS, ET AL.

        DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-140

TO: (Name and address of Defendant)

LG ELECTRONICS USA, INC.
1000 Sylvan Avenue
Englewood Cliffs, New Jersey 07632

Through its Registered Agent:
United States Corporation Company
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, Delaware 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

3/7/08

CLERK                                            DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>3/10/08 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: LG ELECTRONICS USA, INC. C/O UNITED STATES CORPORATION COMPANY 2711 CENTERVILLE RD WILMINGTON, DE  COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/10/08
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.