**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § | C.A. No. 08-140-GMS |
| AT&T MOBILITY, LLC, D/B/A CINGULAR WIRELESS, HTC AMERICA, INC., HTC CORP., KYOCERA WIRELESS CORP., KYOCERA CORP., LG ELECTRONICS USA, INC., LG ELECTRONICS, INC., MOTOROLA, INC., NOKIA, INC., NOKIA CORP., PALM, INC., RESEARCH IN MOTION CORP., RESEARCH IN MOTION LTD., SPRINT SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, | § § § § § § § § § § § § § | |
| Defendants | § | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David M. Hill to represent plaintiff Flashpoint Technology, Inc. in this matter.

|  |  |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Rajesh Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY  10017<br>(212) 697-6262<br><br>Dated: March 24, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone:  (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for plaintiff Flashpoint Technology, Inc.* |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____                                    _____
                                                                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that payment of the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 3/20/08        Signed: _____
                     David M. Hill
                     WARD & OLIVO
                     380 Madison Avenue
                     New York, NY 10017
                     (212) 697-6262

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on March 24, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion and Order for Admission Pro Hac Vice** – with the Clerk of Court using CM/ECF.

I further certify that on March 24, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| AT&T Mobility, LLC<br>D/B/A Cingular Wireless<br>5565 Glenridge Connector<br>Atlanta, GA 30342 | Nokia, Inc.<br>6000 Connection Drive<br>Mail Drop 1-8-931<br>Irving, TX 75039 |
| Cellco Partnership,<br>D/B/A Verizon Wireless<br>1 Verizon Way<br>Basking Ridge, NJ 07920 | Palm, Inc.<br>950 West Maude Avenue<br>Sunnyvale, CA 94085 |
| HTC America, Inc.<br>13920 Southeast Eastgate Way<br>Suite 400<br>Belluvue, WA 98005 | Research in Motion Corporation<br>122 West John Carpenter Parkway<br>Irving, TX 75039 |
| Kyocera Wireless Corporation<br>10300 Campus Point Drive<br>San Diego, CA 92121 | Sprint Spectrum L.P.,<br>D/B/A Sprint PCS<br>6500 Sprint Parkway<br>HL-5ASTX<br>Overland Park, KS 66251 |
| LG Electronics USA, Inc.<br>1000 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | T-Mobile USA, Inc.<br>12920 Southeast 38th Street<br>Bellevue, WA 98006 |

{BMF-W0088793.}

Motorola, Inc.
1303 East Algonquin Road
Schaumburg, IL 60196

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088793.}