**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § <br> §<br>Plaintiff, §<br>§<br>v. §<br>§<br>AT&T MOBILITY, LLC, D/B/A CINGULAR §<br>WIRELESS, HTC AMERICA, INC., HTC CORP., §<br>KYOCERA WIRELESS CORP., KYOCERA CORP., §<br>LG ELECTRONICS USA, INC., LG ELECTRONICS, §<br>INC., MOTOROLA, INC., NOKIA, INC., NOKIA §<br>CORP., PALM, INC., RESEARCH IN MOTION §<br>CORP., RESEARCH IN MOTION LTD., SPRINT §<br>SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE §<br>USA, INC., and CELLCO PARTNERSHIP, D/B/A §<br>VERIZON WIRELESS, §<br>§<br>Defendants § | C.A. No. 08-140-GMS |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff and out-of-state counsel for defendant AT&T Mobility, LLC ("AT&T") and subject to the approval of the Court, that the time by which AT&T shall answer, move, or otherwise respond to plaintiff's complaint is extended to and including April 30, 2008.

{BMF-W0088765.}

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Rajesh Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY  10017<br>(212) 697-6262<br><br>Dated: March 24, 2008 | /s/ Evan O. Williford<br>---<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone:  (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for plaintiff Flashpoint Technology, Inc.* |

**SO ORDERED** this _____ day of March, 2008

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

    I, Evan O. Williford, hereby certify that on March 24, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Stipulation and Order to Extend** – with the Clerk of Court using CM/ECF.

    I further certify that on March 24, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| AT&T Mobility, LLC<br>D/B/A Cingular Wireless<br>5565 Glenridge Connector<br>Atlanta, GA 30342 | Nokia, Inc.<br>6000 Connection Drive<br>Mail Drop 1-8-931<br>Irving, TX 75039 |
| Cellco Partnership,<br>D/B/A Verizon Wireless<br>1 Verizon Way<br>Basking Ridge, NJ 07920 | Palm, Inc.<br>950 West Maude Avenue<br>Sunnyvale, CA 94085 |
| HTC America, Inc.<br>13920 Southeast Eastgate Way<br>Suite 400<br>Belluvue, WA 98005 | Research in Motion Corporation<br>122 West John Carpenter Parkway<br>Irving, TX 75039 |
| Kyocera Wireless Corporation<br>10300 Campus Point Drive<br>San Diego, CA 92121 | Sprint Spectrum L.P.,<br>D/B/A Sprint PCS<br>6500 Sprint Parkway<br>HL-5ASTX<br>Overland Park, KS 66251 |
| LG Electronics USA, Inc.<br>1000 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | T-Mobile USA, Inc.<br>12920 Southeast 38th Street<br>Bellevue, WA 98006 |

{BMF-W0088793.}

Motorola, Inc.
1303 East Algonquin Road
Schaumburg, IL 60196

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088793.}