**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-140-GMS |
| | § | |
| AT&T MOBILITY, LLC, D/B/A CINGULAR | § | |
| WIRELESS, HTC AMERICA, INC., HTC CORP., | § | |
| KYOCERA WIRELESS CORP., KYOCERA CORP., | § | |
| LG ELECTRONICS USA, INC., LG ELECTRONICS, | § | |
| INC., MOTOROLA, INC., NOKIA, INC., NOKIA | § | |
| CORP., PALM, INC., RESEARCH IN MOTION | § | |
| CORP., RESEARCH IN MOTION LTD., SPRINT | § | |
| SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE | § | |
| USA, INC., and CELLCO PARTNERSHIP, D/B/A | § | |
| VERIZON WIRELESS, | § | |
| | § | |
| Defendants | § | |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Michael J. Dowd to represent plaintiff Flashpoint Technology,

Inc. in this matter.

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
(212) 697-6262

Dated: March 26, 2008

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
 *Attorneys for plaintiff Flashpoint Technology, Inc.*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice*

is granted.

Date: _____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bars of the States

of New York and California and pursuant to Local Rule 83.6 submit to the disciplinary

jurisdiction of this Court for any alleged misconduct which occurs in the preparation or

course of this action. I also certify that I am generally familiar with this Court's Local

Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I

further certify that payment of the annual fee of $25.00 will be submitted to the Clerk's

Office upon the filing of this motion.

Date: 3/24/08          Signed: _____
                              Michael J. Dowd
                              COUGHLIN STOIA GELLER RUDMAN
                                & ROBBINS LLP
                              655 West Broadway, Suite 1900
                              San Diego, CA 92101
                              (619) 231-1058

## <u>CERTIFICATE OF SERVICE</u>

I, Evan O. Williford, hereby certify that on March 26, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion and Order for Admission Pro Hac Vice**– with the Clerk of Court using CM/ECF.

I further certify that on March 26, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

AT&T Mobility, LLC
D/B/A Cingular Wireless
5565 Glenridge Connector
Atlanta, GA 30342

Nokia, Inc.
6000 Connection Drive
Mail Drop 1-8-931
Irving, TX 75039

Cellco Partnership,
D/B/A Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920

Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

HTC America, Inc.
13920 Southeast Eastgate Way
Suite 400
Belluvue, WA 98005

Research in Motion Corporation
122 West John Carpenter Parkway
Irving, TX 75039

Kyocera Wireless Corporation
10300 Campus Point Drive
San Diego, CA 92121

Sprint Spectrum L.P.,
D/B/A Sprint PCS
6500 Sprint Parkway
HL-5ASTX
Overland Park, KS 66251

LG Electronics USA, Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

T-Mobile USA, Inc.
12920 Southeast 38th Street
Bellevue, WA 98006

Motorola, Inc.
1303 East Algonquin Road
Schaumburg, IL 60196

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for plaintiff Flashpoint Technology, Inc.*