**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION CORP., § RESEARCH IN MOTION LTD., SPRINT SPECTRUM § L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and § CELLCO PARTNERSHIP, D/B/A VERIZON § WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION TO EXTEND/SET THE DEADLINES
FOR DEFENDANTS RESEARCH IN MOTION CORP. AND
RESEARCH IN MOTION LTD. TO MOVE, ANSWER, OR OTHERWISE
RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**

COMES NOW Plaintiff and files this Motion to Extend/Set the Deadlines for Defendants Research in Motion Corp. and Research in Motion Ltd. to Move, Answer or Otherwise Respond, and in support thereof would respectfully show the Court as follows:

Research in Motion Corporation's deadline to answer Plaintiff's Complaint for Patent Infringement is currently March 31, 2008. Research in Motion Ltd., a Canadian corporation, has not been served at this time. However, counsel for Research in Motion Ltd. has agreed to waive service and move, answer, or otherwise respond for Research in Motion Ltd., in exchange for the requested extension. Plaintiff, on behalf of Research in Motion Corp. and Research In Motion Ltd., respectfully requests that the Court enter an order extending or setting the deadline for each of Research in Motion Corp. and Research in Motion Ltd. to move, answer, or otherwise respond from March 31, 2008 until and including April 30, 2008. Plaintiff is bringing this

{BMF-W0089350.}

motion in order to give Research in Motion Corp. and Research in Motion Ltd. time to retain local counsel in connection with the complaint.

| | |
|---|---|
| OF COUNSEL:<br><br>Patrick J. Coughlin<br>Michael J. Dowd<br>Rajesh Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212)697-6262<br><br>Dated: March 28, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware<br>Telephone: (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>   *Attorneys for plaintiff Flashpoint Technology, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AT&T MOBILITY, LLC, D/B/A CINGULAR § <br> WIRELESS, HTC AMERICA, INC., HTC CORP., § <br> KYOCERA WIRELESS CORP., KYOCERA CORP., § <br> LG ELECTRONICS USA, INC., LG ELECTRONICS, § <br> INC., MOTOROLA, INC., NOKIA, INC., NOKIA § <br> CORP., PALM, INC., RESEARCH IN MOTION CORP., § <br> RESEARCH IN MOTION LTD., SPRINT SPECTRUM § <br> L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and § <br> CELLCO PARTNERSHIP, D/B/A VERIZON § <br> WIRELESS, § <br> § <br> Defendants § | C.A. No. 08-140-GMS <br><br> **JURY TRIAL DEMANDED** |

## ORDER

CAME ON TO BE CONSIDERED Plaintiff's Motion to Extend/Set the Deadlines for Defendants Research In Motion Corporation and Research In Motion Ltd. to Move, Answer, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement;

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that Research In Motion Ltd.'s and Research in Motion Corporation's deadline to move, answer or otherwise respond to Plaintiff's Complaint for Patent Infringement is extended from March 31, 2008 until and including April 30, 2008.

Date: _____

                                                      Chief Judge Gregory M. Sleet

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on March 28, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion to Extend** – with the Clerk of Court using CM/ECF.

I further certify that on March 28, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

AT&T Mobility, LLC
D/B/A Cingular Wireless
5565 Glenridge Connector
Atlanta, GA 30342

Nokia, Inc.
6000 Connection Drive
Mail Drop 1-8-931
Irving, TX 75039

Cellco Partnership,
D/B/A Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920

Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

HTC America, Inc.
13920 Southeast Eastgate Way
Suite 400
Belluvue, WA 98005

Research in Motion Corporation
122 West John Carpenter Parkway
Irving, TX 75039

Kyocera Wireless Corporation
10300 Campus Point Drive
San Diego, CA 92121

Sprint Spectrum L.P.,
D/B/A Sprint PCS
6500 Sprint Parkway
HL-5ASTX
Overland Park, KS 66251

LG Electronics USA, Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

T-Mobile USA, Inc.
12920 Southeast 38th Street
Bellevue, WA 98006

{BMF-W0088773.}

Motorola, Inc.
1303 East Algonquin Road
Schaumburg, IL 60196

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088773.}