**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. 08-140-GMS |
| § | |
| AT&T MOBILITY, LLC, D/B/A CINGULAR § | **JURY TRIAL DEMANDED** |
| WIRELESS, HTC AMERICA, INC., HTC CORP., § | |
| KYOCERA WIRELESS CORP., KYOCERA CORP., § | |
| LG ELECTRONICS USA, INC., LG ELECTRONICS, § | |
| INC., MOTOROLA, INC., NOKIA, INC., NOKIA § | |
| CORP., PALM, INC., RESEARCH IN MOTION § | |
| CORP., RESEARCH IN MOTION LTD., SPRINT § | |
| SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § | |
| USA, INC., and CELLCO PARTNERSHIP, D/B/A § | |
| VERIZON WIRELESS, § | |
| § | |
| Defendants § | |

## MOTION TO EXTEND

Plaintiff FlashPoint Technology, Inc. respectfully requests that the Court grant this motion to extend the time by which defendant Cellco Partnership, d/b/a Verizon Wireless ("Cellco"), shall answer, move, or otherwise respond to plaintiff's complaint to and including April 30, 2008. FlashPoint is bringing this motion in order to give Cellco time to retain local counsel in connection with the complaint.

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Rajesh Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212) 697-6262<br><br>Dated: March 31, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware<br>Telephone:  (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for plaintiff Flashpoint Technology, Inc.* |

**CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on March 31, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion to Extend** – with the Clerk of Court using CM/ECF.

I further certify that on March 31, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

AT&T Mobility, LLC
D/B/A Cingular Wireless
5565 Glenridge Connector
Atlanta, GA 30342

Nokia, Inc.
6000 Connection Drive
Mail Drop 1-8-931
Irving, TX 75039

Cellco Partnership,
D/B/A Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920

Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

HTC America, Inc.
13920 Southeast Eastgate Way
Suite 400
Belluvue, WA 98005

Research in Motion Corporation
122 West John Carpenter Parkway
Irving, TX 75039

Kyocera Wireless Corporation
10300 Campus Point Drive
San Diego, CA 92121

Sprint Spectrum L.P.,
D/B/A Sprint PCS
6500 Sprint Parkway
HL-5ASTX
Overland Park, KS 66251

LG Electronics USA, Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

T-Mobile USA, Inc.
12920 Southeast 38th Street
Bellevue, WA 98006

{BMF-W0088773.}

Motorola, Inc.
1303 East Algonquin Road
Schaumburg, IL 60196

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088773.}

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION CORP., § RESEARCH IN MOTION LTD., SPRINT SPECTRUM § L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and § CELLCO PARTNERSHIP, D/B/A VERIZON § WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

## ORDER

IT IS HEREBY ORDERED that the time for defendant Cellco Partnership, d/b/a Verizon Wireless, to answer, move, or otherwise respond to the complaint is extended to and including April 30, 2008.

Date: _____

_____
Chief Judge Gregory M. Sleet

{BMF-W0089474.}