IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-140-GMS |
| AT&T MOBILITY, LLC (d/b/a | ) | |
| CINGULAR WIRELESS), HTC | ) | |
| AMERICA, INC., HTC CORP., | ) | JURY TRIAL DEMANDED |
| KYOCERA WIRELESS CORP., | ) | |
| KYOCERA CORP., LG ELECTRONICS | ) | |
| USA, INC., LG ELECTRONICS, INC., | ) | |
| MOTOROLA, INC., NOKIA, INC., | ) | |
| NOKIA CORP., PALM, INC., | ) | |
| RESEARCH IN MOTION CORP., | ) | |
| RESEARCH IN MOTION LTD., | ) | |
| SPRINT SPECTRUM L.P. (d/b/a | ) | |
| SPRINT PCS), T-MOBILE USA, INC. | ) | |
| and CELLCO PARTNERSHIP (d/b/a | ) | |
| VERIZON WIRELESS), | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND PROPOSED ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to the approval of the Court that:

1. Richards, Layton & Finger, counsel for Nokia, Inc. and Nokia Corp. (jointly "the Nokia Defendants"), accepts service of the Summons and Complaint on behalf of the Nokia Defendants for the above-captioned action only.

2. The time within which Nokia, Inc. must move, answer or otherwise respond to the Complaint is extended through and including April 30, 2008.

3. The time within which Nokia Corp. must move, answer or otherwise respond to the Complaint in this action is extended through and including July 7, 2008.

4.   By entering into this Stipulation, the Nokia Defendants do not intend to waive and hereby expressly preserve all objections to jurisdiction or venue.

The reason for this Stipulation is that the parties wish to avoid the delay and costs that would otherwise be associated with effecting service upon Nokia Corp., a corporation existing under the laws of Finland, and to provide certainty with respect to the time within which the Nokia Defendants must respond to the Complaint in this action. This is the first request for an extension of time by the Nokia Defendants. No schedule has yet been set for this action and it is not anticipated that the requested extension will delay the progress of this matter.

|  |  |
|---|---|
| /s/Evan O. Williford | /s/Jeffrey L. Moyer |
| David J. Margules (#2254) | Jeffrey L. Moyer (#3309) |
| dmargules@bmf-law.com | moyer@rlf.com |
| Evan O. Williford (#4162) | Steven J. Fineman (#4025) |
| ewilliford@bmf-law.com | fineman@rlf.com |
| Bouchard Margules & Friedlander, P.A. | Richards, Layton & Finger |
| 222 Delaware Avenue, Suite 1400 | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 573-3500 | (302) 651-7700 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants,* |
| *Flashpoint Technology, Inc.* | *Nokia, Inc. and Nokia Corp.* |

Dated: March 31, 2008

IT IS SO ORDERED this _____ day of March, 2008.

_____
U.S. District Judge

2

RLF1-3266320-1