IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>AT&T MOBILITY, LLC D/B/A CINGULAR )<br>WIRELESS, HTC AMERICA, INC., HTC )<br>CORP., KYOCERA WIRELESS CORP., )<br>KYOCERA CORP., LG ELECTRONICS )<br>USA, INC., LC ELECTRONICS, INC., )<br>MOTOROLA, INC., NOKIA, INC., NOKIA )<br>CORP., PALM, INC., RESEARCH IN )<br>MOTION CORP., RESEARCH IN MOTION )<br>LTD., SPRINT SPECTRUM L.P., D/B/A )<br>SPRINT PCS, T-MOBILE USA, INC., and )<br>CELLCO PARTNERSHIP, D/B/A VERIZON )<br>WIRELESS, )<br>)<br>Defendants. ) | C.A. No. 08-140-GMS<br><br>JURY TRIAL DEMANDED |

**DEFENDANT KYOCERA WIRELESS CORP.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, defendant Kyocera Wireless Corp., by and through its undersigned attorneys, states as follows:

1. The parent corporation of Defendant Kyocera Wireless Corp. is Kyocera International, Inc.

2. No other corporation owns 10% or more of the stock of Defendant Kyocera Wireless Corp.

3. The parent corporation of Kyocera International, Inc. is Kyocera Corporation, a publicly-traded Japanese entity.

1

|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| OF COUNSEL:<br><br>MORRISON & FOERSTER LLP<br>David C. Doyle<br>M. Andrew Woodmansee<br>Greg Reilly<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130<br>(858) 720-5100<br>ddoyle@mofo.com<br><br>Dated: March 31, 2008 | /s/ Karen E. Keller<br>Josy W. Ingersoll (No. 1088)<br>John W. Shaw (No. 33602)<br>Karen E. Keller (No. 4489)<br>1000 West Street<br>Brandywine Building, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>kkeller@ycst.com<br><br>*Attorneys for KYOCERA WIRELESS CORP.* |

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on March 31, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David J. Margules, Esquire
> Bouchard Margules & Friedlander P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801

I further certify that on March 31, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Patrick J. Coughlin, Esquire [patc@csgrr.com]
> Michael J. Dowd, Esquire [miked@csgrr.com]
> Ray A. Mandlekar, Esquire [rmandlekar@csgrr.com]
> Coughlin Stoia Geller Rudman Robbins LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101

> John F. Ward, Esquire [wardj@wardolivo.com]
> John W. Olivo, Jr., Esquire [olivoj@wardolivo.com]
> David M. Hill, Esquire [hilld@wardolivo.com]
> Ward & Olivo
> 380 Madison Avenue
> New York, NY 10017

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600

2