IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § § § | C.A. No. 08-140-GMS |
| AT&T MOBILITY, LLC, D/B/A CINGULAR WIRELESS, HTC AMERICA, INC., HTC CORP., KYOCERA WIRELESS CORP., KYOCERA CORP., LG ELECTRONICS USA, INC., LG ELECTRONICS, INC., MOTOROLA, INC., NOKIA, INC., NOKIA CORP., PALM, INC., RESEARCH IN MOTION CORP., RESEARCH IN MOTION LTD., SPRINT SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, | § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants | § | |

## MOTION TO EXTEND

Plaintiff FlashPoint Technology, Inc. respectfully requests that the Court grant this motion to extend the time by which defendant LG Electronics USA, Inc. ("LG USA") shall answer, move, or otherwise respond to plaintiff's complaint to and including April 30, 2008. LG Electronics, Inc. ("LG") has agreed to waive any defense of service of process with respect to the above-captioned action, and LG and plaintiff have agreed that LG shall have to and including June 11, 2008 to answer, move, or otherwise respond to plaintiff's complaint. FlashPoint is bringing this motion in order to give LG time to retain local counsel in connection with the complaint and to allow the parties to engage in discussions concerning the allegations of the complaint.

{BMF-W0089425.}

|  |  |
|---|---|
| OF COUNSEL: | /s/ Evan O. Williford |
|  | David J. Margules (I.D. No. 2254) |
| Patrick J. Coughlin | Evan O. Williford (I.D. No. 4162) |
| Michael J. Dowd | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| Rajesh Arun Mandlekar | 222 Delaware Avenue, Suite 1400 |
| COUGHLIN STOIA GELLER | Wilmington, Delaware |
| RUDMAN & ROBBINS LLP | Telephone:  (302) 573-3500 |
| 655 West Broadway, Suite 1900 | dmargules@bmf-law.com |
| San Diego, CA 92101 | ewilliford@bmf-law.com |
| (619) 231-1058 | *Attorneys for plaintiff Flashpoint Technology, Inc.* |

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212)697-6262

Dated: March 31, 2008

## **CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on March 31, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion to Extend** – with the Clerk of Court using CM/ECF.

I further certify that on March 31, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

AT&T Mobility, LLC
D/B/A Cingular Wireless
5565 Glenridge Connector
Atlanta, GA 30342

Nokia, Inc.
6000 Connection Drive
Mail Drop 1-8-931
Irving, TX 75039

Cellco Partnership,
D/B/A Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920

Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

HTC America, Inc.
13920 Southeast Eastgate Way
Suite 400
Belluvue, WA 98005

Research in Motion Corporation
122 West John Carpenter Parkway
Irving, TX 75039

Kyocera Wireless Corporation
10300 Campus Point Drive
San Diego, CA 92121

Sprint Spectrum L.P.,
D/B/A Sprint PCS
6500 Sprint Parkway
HL-5ASTX
Overland Park, KS 66251

LG Electronics USA, Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

T-Mobile USA, Inc.
12920 Southeast 38th Street
Bellevue, WA 98006

{BMF-W0088773.}

Motorola, Inc.
1303 East Algonquin Road
Schaumburg, IL 60196

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088773.}

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AT&T MOBILITY, LLC, D/B/A CINGULAR § <br> WIRELESS, HTC AMERICA, INC., HTC CORP., § <br> KYOCERA WIRELESS CORP., KYOCERA CORP., § <br> LG ELECTRONICS USA, INC., LG ELECTRONICS, § <br> INC., MOTOROLA, INC., NOKIA, INC., NOKIA § <br> CORP., PALM, INC., RESEARCH IN MOTION CORP., § <br> RESEARCH IN MOTION LTD., SPRINT SPECTRUM § <br> L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and § <br> CELLCO PARTNERSHIP, D/B/A VERIZON § <br> WIRELESS, § <br> § <br> Defendants § | C.A. No. 08-140-GMS <br><br> **JURY TRIAL DEMANDED** |

## **ORDER**

IT IS HEREBY ORDERED that the time for defendant LG Electronics USA, Inc. to answer, move, or otherwise respond to the complaint is extended to and including April 30, 2008; and

IT IS FURTHER ORDERED that the time for defendant LG Electronics, Inc. to answer, move, or otherwise respond to the complaint is extended to and including June 11, 2008.

Date: _____            _____
                                Chief Judge Gregory M. Sleet

{BMF-W0089578.}