IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC § CORP., KYOCERA WIRELESS CORP., § KYOCERA CORP., LG ELECTRONICS USA, § INC., LG ELECTRONICS, INC., MOTOROLA, § INC., NOKIA, INC., NOKIA CORP., PALM, § INC., RESEARCH IN MOTION CORP., § RESEARCH IN MOTION LTD., SPRINT § SPECTRUM L.P., D/B/A SPRINT PCS, T-§ MOBILE USA, INC., and CELLCO § PARTNERSHIP, D/B/A VERIZON WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

## MOTION TO EXTEND

Plaintiff FlashPoint Technology, Inc. respectfully requests that the Court grant this motion to extend the time by which defendant Motorola, Inc. shall answer, move, or otherwise respond to plaintiff's complaint to and including April 30, 2008. FlashPoint is bringing this motion in order to give Motorola time to retain local counsel in connection with the complaint.

{BMF-W0089426.}

| | |
|---|---|
| OF COUNSEL:<br><br>Patrick J. Coughlin<br>Michael J. Dowd<br>Rajesh Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212)697-6262<br><br>Dated: April 1, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware<br>Telephone:  (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for plaintiff Flashpoint Technology, Inc.* |

**CERTIFICATE OF SERVICE**

    I, Evan O. Williford, hereby certify that on April 1, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion to Extend** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

> Jeffrey L. Moyer, Esquire
> Steven J. Fineman, Esquire
> Richards Layton & Finger
> One Rodney Square
> Wilmington, DE 19801
>   *Attorneys for Defendants Nokia, Inc. and*
>   *Nokia Corp.*
>
> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire
> Karen E. Keller, Esquire
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
>   *Attorneys for Kyocera Wireless Corp.*

    I further certify that on April 1, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

AT&T Mobility, LLC
D/B/A Cingular Wireless
5565 Glenridge Connector
Atlanta, GA 30342

Research in Motion Corporation
122 West John Carpenter Parkway
Irving, TX 75039

Cellco Partnership,
D/B/A Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920

Sprint Spectrum L.P.,
D/B/A Sprint PCS
6500 Sprint Parkway
HL-5ASTX
Overland Park, KS 66251

| | |
|---|---|
| HTC America, Inc.<br>13920 Southeast Eastgate Way<br>Suite 400<br>Belluvue, WA 98005 | T-Mobile USA, Inc.<br>12920 Southeast 38th Street<br>Bellevue, WA 98006 |

LG Electronics USA, Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

Motorola, Inc.
1303 East Algonquin Road
Schaumburg, IL 60196

Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for plaintiff Flashpoint Technology, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION CORP., § RESEARCH IN MOTION LTD., SPRINT SPECTRUM § L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and § CELLCO PARTNERSHIP, D/B/A VERIZON § WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

## ORDER

IT IS HEREBY ORDERED that the time for defendant Motorola, Inc., to answer, move, or otherwise respond to the complaint is extended to and including April 30, 2008.

Date: _____

_____
Chief Judge Gregory M. Sleet

{BMF-W0089655.}