IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC. | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-cv-140 (GMS) |
| | ) |
| AT&T MOBILITY LLC, dba CINGULAR WIRELESS, HTC AMERICA INC., HTC CORP., KYOCERA WIRELESS CORP., KYOCERA CORP., LG ELECTRONICS USA INC., LG ELECTRONICS INC., MOTOROLA INC., NOKIA INC., NOKIA CORP., PALM INC., RESEARCH IN MOTION CORP., RESEARCH IN MOTION LTD., SPRINT SPECTRUM LP, dba SPRINT PCS, T-MOBILE USA INC., CELLECO PARTNERSHIP, dba VERIZON WIRELESS, | ) |
| | ) |
|       Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Connolly Bove Lodge & Hutz LLP enters its appearance in the above-captioned civil action on behalf of Defendant T-Mobile USA Inc.

                                                    CONNOLLY BOVE LODGE & HUTZ LLP

                                                    /s/ Arthur G. Connolly, III
                                                    Arthur G. Connolly, III (#2667)
                                                     [AConnollyIII@cblh.com]
                                                    1007 North Orange Street
                                                    Post Office Box 2207
                                                    Wilmington, DE 19899
                                                    (302) 658-9141
                                                    *Attorneys for Defendant T-Mobile USA Inc.*

Of Counsel:
Ramsey Al-Salam
Ryan J. McBrayer
PERKINS COIE
1201 Third Avenue
Suite 4800
Seattle, WA 98101

Dated: April 1, 2008