IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-cv-140-GMS |
| ) | |
| AT&T MOBILITY LLC, dba CINGULAR ) | JURY TRIAL DEMANDED |
| WIRELESS, HTC AMERICA INC., HTC ) | |
| CORP., KYOCERA WIRELESS CORP., ) | |
| KYOCERA CORP., LG ELECTRONICS USA ) | |
| INC., LG ELECTRONICS INC., MOTOROLA ) | |
| INC., NOKIA INC., NOKIA CORP., PALM ) | |
| INC., RESEARCH IN MOTION CORP., ) | |
| RESEARCH IN MOTION LTD., SPRINT ) | |
| SPECTRUM LP, dba SPRINT PCS, T-MOBILE ) | |
| USA INC., and CELLCO PARTNERSHIP, dba ) | |
| VERIZON WIRELESS, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the Order of the Court, that the time within which defendant T-Mobile USA Inc. shall answer, move or otherwise respond to the Complaint is extended up to and including May 1, 2008. The reason for this stipulation is to permit defense counsel to gather information, and to enable the parties to begin discussions, concerning the complaint.

  /s/ David J. Margules                                /s/ Arthur G. Connolly, III
David J. Margules (#2254)                        Arthur G. Connolly, III (#2667)
BOUCHARD MARGULES & FRIEDLANDER,   CONNOLLY BOVE LODGE & HUTZ LLP
P.A.                                                              1007 N. Orange Street
222 Delaware Avenue                              P.O. Box 2207
Suite 1400                                                  Wilmington, DE 19899
Wilmington, DE 19801                             (302) 658-9141
(302) 573-3530                                         Attorneys for Defendant T-Mobile USA Inc.
Attorneys for Plaintiff Flashpoint Technology, Inc.

DATED: April 1, 2007

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge