## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-cv-140 (GMS) |
| | ) |
| AT&T MOBILITY LLC, dba CINGULAR | ) JURY TRIAL DEMANDED |
| WIRELESS, HTC AMERICA INC., HTC | ) |
| CORP., KYOCERA WIRELESS CORP., | ) |
| KYOCERA CORP., LG ELECTRONICS USA | ) |
| INC., LG ELECTRONICS INC., MOTOROLA | ) |
| INC., NOKIA INC., NOKIA CORP., PALM | ) |
| INC., RESEARCH IN MOTION CORP., | ) |
| RESEARCH IN MOTION LTD., SPRINT | ) |
| SPECTRUM LP, dba SPRINT PCS, T-MOBILE | ) |
| USA INC., CELLECO PARTNERSHIP, dba | ) |
| VERIZON WIRELESS, | ) |
| | ) |
| Defendants. | ) |

### T-MOBILE USA, INC.'S DISCLOSURE PURSUANT TO FED.R.CIV.P. 7.1

Defendant T-Mobile USA, Inc. (hereafter "T-Mobile"), by and through its attorneys, hereby discloses that the attached Exhibit A sets forth the relevant ownership interests.

Dated: April 2, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
 [AConnollyIII@cblh.com]
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899
(302) 658-9141
Attorneys for Defendant T-Mobile USA Inc..

Of Counsel:
Ramsey M. Al-Salam
Ryan J. McBrayer
PERKINS COIE
1201 Third Avenue
Suite 480
Seattle, WA 98101

602431_1

# EXHIBIT A

CORPORATE OWNERSHIP SCHEDULE

| Entity | Shareholders | Ownership |
|---|---|---|
| T-Mobile USA, Inc. shareholders with Greater than 10% ownership of ANY Class of Stock | T-Mobile Global Holding GmbH<br>Kennedyallee 1-5<br>53175 Bonn, Germany | 100% |
| T-Mobile Global Holding GmbH shareholders with Greater than 10% ownership of ANY Class of Stock | T-Mobile International AG<br>Kennedyallee 1-5<br>53175 Bonn, Germany | 100% |
| 10% or greater shareholder of ANY class of stock of T-Mobile International AG | Deutsche Telekom AG<br>Friedrich-Ebert-Allee 140<br>D-5311 Bonn, Germany | 100% ownership |
| 10% or greater shareholder of ANY class of stock of Deutsche Telekom AG *<br><br>Deutsche Telekom AG is a publicly traded company. | Federal Republic of Germany (FRG)<br><br>Address for the FRG:<br>% Federal Ministry of Finance<br>Wilhelmstr. 97<br>10117 Berlin<br>PA.: PO Box 272<br>10117 Berlin | Approx. 14.83% ownership |
|  | Kreditanstalt fuer Wiederaufbau (KfW), a bank controlled by the German Government<br><br>Address for KfW:<br>Palmengartenstrasse 5-9<br>60325 Frankfurt am Main | Approx. 16.87% ownership |