IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION § CORP., RESEARCH IN MOTION LTD., SPRINT § SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § USA, INC., and CELLCO PARTNERSHIP, D/B/A § VERIZON WIRELESS, § § Defendants § | C.A. No. 08-140-GMS  **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Rajesh Arun Mandlekar to represent plaintiff Flashpoint Technology, Inc. in this matter.

{BMF-W0088194.}

Patrick J. Coughlin
Michael J. Dowd
Ray Arun Mandlekar
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
(212) 697-6262

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

Dated: April 10, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____              _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that payment of the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 3/31/08           Signed: _____
                        Rajesh Arun Mandlekar
                        COUGHLIN STOIA GELLER RUDMAN
                         & ROBBINS LLP
                        655 West Broadway, Suite 1900
                        San Diego, CA 92101
                        (619) 231-1058

{BMF-W0088197.}

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on April 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion and Order for Admission Pro Hac Vice** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

>Jeffrey L. Moyer, Esquire
>Steven J. Fineman, Esquire
>Richards Layton & Finger
>One Rodney Square
>Wilmington, DE 19801
>  *Attorneys for Defendants Nokia, Inc. and*
>  *Nokia Corp.*
>
>Josy W. Ingersoll, Esquire
>John W. Shaw, Esquire
>Karen E. Keller, Esquire
>Young Conaway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>  *Attorneys for Defendant Kyocera Wireless Corp.*
>
>Arthur G. Connolly, III, Esquire
>Connolly Bove Lodge & Hutz
>1007 North Orange Street
>Wilmington, DE 19899
>  *Attorneys for Defendant T-Mobile USA Inc.*

I further certify that on April 10, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

AT&T Mobility, LLC
d/b/a Cingular Wireless
5565 Glenridge Connector
Atlanta, GA 30342

Research in Motion Corporation
122 West John Carpenter Parkway
Irving, TX 75039

{BMF-W0088773.}

Cellco Partnership,
d/b/a Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920

Sprint Spectrum L.P.,
d/b/a Sprint PCS
6500 Sprint Parkway
HL-5ASTX
Overland Park, KS 66251

HTC America, Inc.
13920 Southeast Eastgate Way
Suite 400
Belluvue, WA 98005

LG Electronics USA, Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

Motorola, Inc.
1303 East Algonquin Road
Schaumburg, IL 60196

Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
   *Attorneys for plaintiff Flashpoint Technology, Inc.*