**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION § CORP., RESEARCH IN MOTION LTD., SPRINT § SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § USA, INC., and CELLCO PARTNERSHIP, D/B/A § VERIZON WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

## MOTION TO EXTEND

Plaintiff FlashPoint Technology, Inc. respectfully requests that the Court grant this motion to extend the time by which defendant AT&T Mobility, LLC, d/b/a Cingular Wireless ("AT&T"), shall answer, move, or otherwise respond to plaintiff's complaint to and including April 30, 2008. FlashPoint is bringing this motion in order to give AT&T time to retain local counsel in connection with the complaint.

{BMF-W0090374.}

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY  10017<br>(212) 697-6262<br><br>Dated:  April 14, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone:  (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for Plaintiff Flashpoint Technology, Inc.* |

**CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on April 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion to Extend** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

Jeffrey L. Moyer, Esquire
Steven J. Fineman, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
  *Attorneys for Defendants Nokia, Inc. and*
  *Nokia Corp.*

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
  *Attorneys for Defendant Kyocera Wireless Corp.*

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19899
  *Attorneys for Defendant T-Mobile USA Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendants HTC America, Inc. and*
  *HTC Corp.*

I further certify that on April 14, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

{BMF-W0090374.}

| | |
|---|---|
| AT&T Mobility, LLC<br>d/b/a Cingular Wireless<br>5565 Glenridge Connector<br>Atlanta, GA 30342 | Research in Motion Corporation<br>122 West John Carpenter Parkway<br>Irving, TX 75039 |
| Cellco Partnership,<br>d/b/a Verizon Wireless<br>1 Verizon Way<br>Basking Ridge, NJ 07920 | Sprint Spectrum L.P.,<br>d/b/a Sprint PCS<br>6500 Sprint Parkway<br>HL-5ASTX<br>Overland Park, KS 66251 |
| LG Electronics USA, Inc.<br>1000 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | Motorola, Inc.<br>1303 East Algonquin Road<br>Schaumburg, IL 60196 |
| Palm, Inc.<br>950 West Maude Avenue<br>Sunnyvale, CA 94085 | |

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for Plaintiff Flashpoint Technology, Inc.*

{BMF-W0090374.}

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION CORP., § RESEARCH IN MOTION LTD., SPRINT SPECTRUM § L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and § CELLCO PARTNERSHIP, D/B/A VERIZON § WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

## ORDER

IT IS HEREBY ORDERED that the time for defendant AT&T Mobility, d/b/a Cingular Wireless, to answer, move, or otherwise respond to the complaint is extended to and including April 30, 2008.

Date: _____    _____
Chief Judge Gregory M. Sleet

{BMF-W0090375.}