IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 08-140-GMS |
| | ) | |
| AT&T MOBILITY, LLC, D/B/A CINGULAR | ) | |
| WIRELESS, HTC AMERICA, INC., HTC CORP., | ) | |
| KYOCERA WIRELESS CORP., KYOCERA | ) | |
| CORP., LG ELECTRONICS USA, INC., LG | ) | |
| ELECTRONICS, INC., MOTOROLA, INC., | ) | |
| NOKIA, INC., NOKIA CORP., PALM, INC., | ) | |
| RESEARCH IN MOTION CORP., RESEARCH IN | ) | |
| MOTION LTD., SPRINT SPECTRUM L.P., | ) | |
| D/B/A SPRINT PCS, T-MOBILE USA, INC., and | ) | |
| CELLCO PARTNERSHIP, D/B/A VERIZON | ) | |
| WIRELESS, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Frederick L. Cottrell, III and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant, Sprint Spectrum L.P., d/b/a Sprint PCS.

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendant*
*Sprint Spectrum L.P. d/b/a Sprint PCS*

Dated: April 16, 2008

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Frederick L. Cottrell, III, hereby certify that on April 16, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 16, 2008, the attached document was electronically mailed to the following person(s):

David E. Margules
Evan Olin Williford
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
Ward & Olivo
380 Madison Avenue
New York, NY  10017
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com
zinnam@wardolivo.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

Josy W. Ingersoll
John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com
*Attorneys for Defendant Kyocera Wireless Corp.*

David C. Doyle
M. Andrew Woodmansee
Greg Reilly
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92140
ddoyle@mofo.com
mawoodmansee@mofo.com
greilly@mofo.com
*Attorneys for Defendant Kyocera Wireless Corp.*

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
Coughlin Stoia Geller Rudman Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
patc@csgrr.com
miked@csgrr.com
rmandlekar@csgrr.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

Peter J. Chassman
Shane A. Nelson
Joshua S. Wyde
Howrey LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
ChassmanP@howrey.com
NelsonS@howrey.com
Wyde@howrey.com
*Counsel for Defendants Research in Motion Corp. and Research Motion Ltd.*

Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
moyer@rlf.com
fineman@rlf.com
*Attorneys for Defendant Nokia, Inc. and Nokia Corp.*

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19801
aconnollyIII@cblh.com
*Attorneys for Defendant T-Mobile USA, Inc.*

Ramsey M. Al-Salam
Ryan J. McBrayer
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
RAlSalam@perkinscoie.com
RMcBrayer@perkinscoie.com
*Attorneys for Defendant T-Mobile USA, Inc.*

Stuart Lubitz
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
slubitz@hhlaw.com
*Counsel for Defendants HTC America, Inc. and HTC Corp.*

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza - Sixth Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendants Research In Motion Corp. and Research in Motion Ltd.*

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com