IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 08-140-GMS |
| AT&T MOBILITY, LLC D/B/A CINGULAR | ) | |
| WIRELESS, HTC AMERICA, INC., HTC | ) | |
| CORP., KYOCERA WIRELESS CORP., | ) | |
| KYOCERA CORP., LG ELECTRONICS | ) | |
| USA, INC., LC ELECTRONICS, INC., | ) | |
| MOTOROLA, INC., NOKIA, INC., NOKIA | ) | |
| CORP., PALM, INC., RESEARCH IN | ) | |
| MOTION CORP., RESEARCH IN MOTION | ) | |
| LTD., SPRINT SPECTRUM L.P., D/B/A | ) | |
| SPRINT PCS, T-MOBILE USA, INC., and | ) | |
| CELLCO PARTNERSHIP, D/B/A VERIZON | ) | |
| WIRELESS, | ) | |
| | ) | |
| Defendants. | | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David C. Doyle, Esquire, M. Andrew Woodmansee, Esquire and Gregory W. Reilly, Esquire of Morrison & Foerster, LLP to represent defendant Kyocera Wireless Corporation in this matter. Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney, if not already paid, will be submitted to the Clerk's Office upon the filing of this motion.

| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| OF COUNSEL: | /s/ Karen E. Keller |
| | Josy W. Ingersoll (No. 1088) |
| MORRISON & FOERSTER LLP | John W. Shaw (No. 3362) |
| David C. Doyle | Karen E. Keller (No. 4489) |
| M. Andrew Woodmansee | 1000 West Street |
| Greg Reilly | Brandywine Building, 17th Floor |
| 12531 High Bluff Drive, Suite 100 | Wilmington, DE 19801 |
| San Diego, CA 92130 | (302) 571-6600 |
| (858) 720-5100 | kkeller@ycst.com |
| ddoyle@mofo.com | |

Dated: April 18, 2008                    *Attorneys for KYOCERA WIRELESS CORP.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this ___ day of April, 2008, that counsel's motion for admission pro hac vice of David C. Doyle, Esquire, M. Andrew Woodmansee, Esquire and Gregory W. Reilly, Esquire is granted.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T MOBILITY, LLC D/B/A CINGULAR ) <br> WIRELESS, HTC AMERICA, INC., HTC ) <br> CORP., KYOCERA WIRELESS CORP., ) <br> KYOCERA CORP., LG ELECTRONICS ) <br> USA, INC., LC ELECTRONICS, INC., ) <br> MOTOROLA, INC., NOKIA, INC., NOKIA ) <br> CORP., PALM, INC., RESEARCH IN ) <br> MOTION CORP., RESEARCH IN MOTION ) <br> LTD., SPRINT SPECTRUM L.P., D/B/A ) <br> SPRINT PCS, T-MOBILE USA, INC., and ) <br> CELLCO PARTNERSHIP, D/B/A VERIZON ) <br> WIRELESS, ) <br> ) <br> Defendants. ) | Civil Action No. 08-CV-140 <br><br> JURY TRIAL DEMANDED |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, David C. Doyle, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of

///

///

///

///

1

sd-418651

$25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 4/11/08

MORRISON & FOERSTER LLP

By: David C. Doyle
David C. Doyle
DDoyle@mofo.com
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone:    858.720 5100
Facsimile:    858.720.5125

Attorneys for KYOCERA WIRELESS CORP.

2
sd-418651

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) | Civil Action No. 08-CV-140 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| AT&T MOBILITY, LLC D/B/A CINGULAR ) | |
| WIRELESS, HTC AMERICA, INC., HTC ) | |
| CORP., KYOCERA WIRELESS CORP., ) | |
| KYOCERA CORP., LG ELECTRONICS ) | |
| USA, INC., LC ELECTRONICS, INC., ) | |
| MOTOROLA, INC., NOKIA, INC., NOKIA ) | |
| CORP., PALM, INC., RESEARCH IN ) | |
| MOTION CORP., RESEARCH IN MOTION ) | |
| LTD., SPRINT SPECTRUM L.P., D/B/A ) | |
| SPRINT PCS, T-MOBILE USA, INC., and ) | |
| CELLCO PARTNERSHIP, D/B/A VERIZON ) | |
| WIRELESS, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, M. Andrew Woodmansee, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the

sd-419655

1

annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 4-08-08

MORRISON & FOERSTER LLP

By: _____
M. Andrew Woodmansee
mawoodmansee@mofo.com
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone:   858.720 5100
Facsimile:    858.720.5125

Attorneys for KYOCERA WIRELESS CORP.

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T MOBILITY, LLC D/B/A CINGULAR ) <br> WIRELESS, HTC AMERICA, INC., HTC ) <br> CORP., KYOCERA WIRELESS CORP., ) <br> KYOCERA CORP., LG ELECTRONICS ) <br> USA, INC., LC ELECTRONICS, INC., ) <br> MOTOROLA, INC., NOKIA, INC., NOKIA ) <br> CORP., PALM, INC., RESEARCH IN ) <br> MOTION CORP., RESEARCH IN MOTION ) <br> LTD., SPRINT SPECTRUM L.P., D/B/A ) <br> SPRINT PCS, T-MOBILE USA, INC., and ) <br> CELLCO PARTNERSHIP, D/B/A VERIZON ) <br> WIRELESS, ) <br> ) <br> Defendants. ) | Civil Action No. 08-CV-140 <br><br> JURY TRIAL DEMANDED |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Gregory W. Reilly, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of

///

///

///

///

$25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 9, 2008                            MORRISON & FOERSTER LLP

                                                By: /s/ Greg Reilly
                                                    Gregory W. Reilly
                                                    GReilly@mofo.com
                                                    Morrison & Foerster LLP
                                                    12531 High Bluff Drive, Suite 100
                                                    San Diego, California 92130-2040
                                                    Telephone:   858.720 5100
                                                    Facsimile:   858.720.5125

                                                Attorneys for KYOCERA WIRELESS
                                                CORP.

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 18, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David J. Margules, Esquire
> Bouchard Margules & Friedlander P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801

I further certify that on April 18, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Patrick J. Coughlin, Esquire [patc@csgrr.com]
> Michael J. Dowd, Esquire [miked@csgrr.com]
> Ray A. Mandlekar, Esquire [rmandlekar@csgrr.com]
> Coughlin Stoia Geller Rudman Robbins LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
>
> John F. Ward, Esquire [wardj@wardolivo.com]
> John W. Olivo, Jr., Esquire [olivoj@wardolivo.com]
> David M. Hill, Esquire [hilld@wardolivo.com]
> Ward & Olivo
> 380 Madison Avenue
> New York, NY 10017

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600

2