**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION § CORP., RESEARCH IN MOTION LTD., SPRINT § SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § USA, INC., and CELLCO PARTNERSHIP, D/B/A § VERIZON WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

## PLAINTIFF'S REPLY TO KYOCERA WIRELESS CORP.'S COUNTERCLAIMS

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of Kyocera Wireless Corp.'s ("KWC") Counterclaims as follows:

1. FlashPoint incorporates Paragraphs 1-57 of its Original Complaint as if fully set forth herein.

2. Admitted that KWC has infringed one or more claims of the patents-in-suit, that FlashPoint is the legal owner of the patents-in-suit, that FlashPoint is entitled to relief for KWC's infringement of one or more claims of the patent-in-suit, that a justiciable controversy exists between FlashPoint and KWC with respect to KWC's infringement of one or more claims of the patents-in-suit, and that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 28 U.S.C. § 2201 *et seq.*, but otherwise denied.

3. Admitted that KWC seeks a declaratory judgment pursuant to 28 U.S.C. § 2201(a) that it does not infringe the patents-in-suit or any valid claim thereof, but otherwise denied.

4. Admitted.

5. FlashPoint incorporates Paragraphs 1-57 of its Original Complaint and its replies to the Counterclaims set forth in Paragraphs 1-4 above as if fully set forth herein.

6. Admitted that the patents-in-suit are valid and enforceable, that a justiciable controversy exists between FlashPoint and KWC with respect to KWC's infringement of one or more claims of the patents-in-suit, and that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 28 U.S.C. § 2201 *et seq.*, but otherwise denied.

7. Admitted that KWC seeks a declaratory judgment pursuant to 28 U.S.C. § 2201(a) that the patents-in-suit are void, unenforceable, and invalid under 35 U.S.C. §§ 101, 102, 103, and/or 112, but otherwise denied.

8. Admitted.

9. No response is required to Paragraph 9.

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212) 697-6262<br><br>Dated: April 21, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>*Attorneys for Plaintiff Flashpoint Technology, Inc.* |

{BMF-W0092049.3}     - 3 -

**CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on April 21, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to Kyocera Wireless Corp.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

>Jeffrey L. Moyer, Esquire
>Steven J. Fineman, Esquire
>Richards Layton & Finger
>One Rodney Square
>Wilmington, DE 19801
>   *Attorneys for Defendants Nokia, Inc. and*
>   *Nokia Corp.*
>
>Josy W. Ingersoll, Esquire
>John W. Shaw, Esquire
>Karen E. Keller, Esquire
>Young Conaway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>   *Attorneys for Defendant Kyocera Wireless Corp.*
>
>Arthur G. Connolly, III, Esquire
>Connolly Bove Lodge & Hutz
>1007 North Orange Street
>Wilmington, DE 19899
>   *Attorneys for Defendant T-Mobile USA Inc.*
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19801
>   *Attorneys for Defendants HTC America, Inc. and*
>   *HTC Corp.*

       Frederick L. Cottrell, III, Esquire
       Anne Shea Gaza, Esquire
       Richards Layton & Finger
       One Rodney Square
       Wilmington, DE 19801
        *Attorneys for Defendant Sprint Spectrum L.P., d/b/a*
        *Sprint PCS*

I further certify that on April 21, 2008, I caused a copy of the foregoing document to be served on the following defendants by First Class Mail:

| | |
|---|---|
| AT&T Mobility, LLC<br>d/b/a Cingular Wireless<br>5565 Glenridge Connector<br>Atlanta, GA 30342 | Research in Motion Corporation<br>122 West John Carpenter Parkway<br>Irving, TX 75039 |
| Cellco Partnership,<br>d/b/a Verizon Wireless<br>1 Verizon Way<br>Basking Ridge, NJ 07920 | Motorola, Inc.<br>1303 East Algonquin Road<br>Schaumburg, IL 60196 |
| LG Electronics USA, Inc.<br>1000 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | Palm, Inc.<br>950 West Maude Avenue<br>Sunnyvale, CA 94085 |

       /s/ Evan O. Williford
       David J. Margules (I.D. No. 2254)
       Evan O. Williford (I.D. No. 4162)
       BOUCHARD MARGULES & FRIEDLANDER, P.A.
       222 Delaware Avenue, Suite 1400
       Wilmington, DE 19801
       Telephone: (302) 573-3500
       dmargules@bmf-law.com
       ewilliford@bmf-law.com
        *Attorneys for Plaintiff Flashpoint Technology, Inc.*