IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-cv-140 (GMS) |
| ) | |
| AT&T MOBILITY LLC, dba CINGULAR ) | JURY TRIAL DEMANDED |
| WIRELESS, HTC AMERICA INC., HTC ) | |
| CORP., KYOCERA WIRELESS CORP., ) | |
| KYOCERA CORP., LG ELECTRONICS USA ) | |
| INC., LG ELECTRONICS INC., MOTOROLA ) | |
| INC., NOKIA INC., NOKIA CORP., PALM ) | |
| INC., RESEARCH IN MOTION CORP., ) | |
| RESEARCH IN MOTION LTD., SPRINT ) | |
| SPECTRUM LP, dba SPRINT PCS, T-MOBILE ) | |
| USA INC., CELLECO PARTNERSHIP, dba ) | |
| VERIZON WIRELESS, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Ramsey M. Al-Salam and Ryan J. McBrayer of Perkins Coie, 1201 Third Avenue, Suite 4800, Seattle, WA 98101, to represent defendant T-Mobile USA, Inc. in this matter.

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: April 23, 2008

By: */s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141
Email: AConnollyIII@cblh.com

*Of Counsel*:
Ramsey M. Al-Salam
Ryan J. McBrayer
PERKINS COIE
1201 Third Avenue
Suite 4800
Seattle, WA 98101
Telephone: (206) 359-8000
Telefax: (209) 359-9000
*Attorneys for Defendant*
*T-Mobile USA, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Washington. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Ramsey M. Al-Salam
PERKINS COIE, LLP
1201 Third Avenue
40th Floor
Seattle, WA 98101
(206) 359-8000

Dated: April 19, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Washington. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Ryan J. McBrayer
PERKINS COIE, LLP
1201 Third Avenue
40th Floor
Seattle, WA 98101
(206) 359-8000

Dated: April 18, 2008

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on April 23, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 23, 2008, the foregoing document was served on the following persons by First-Class Mail:

AT&T Mobility, LLC
d/b/a Cingular Wireless
5565 Glenridge Connector
Atlanta, GA 30342

Cellco Partnership,
d/b/a Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920

LG Electronics USA, Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

Motorola, Inc.
1303 East Algonquin Road
Schaumburg, IL 60196

Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)