### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T MOBILITY, LLC, D/B/A CINGULAR ) <br> WIRELESS, HTC AMERICA, INC., HTC CORP., ) <br> KYOCERA WIRELESS CORP., KYOCERA CORP., ) <br> LG ELECTRONICS USA, INC., LG ELECTRONICS, ) <br> INC., MOTOROLA, INC., NOKIA, INC., NOKIA ) <br> CORP., PALM, INC., RESEARCH IN MOTION ) <br> CORP., RESEARCH IN MOTION LTD., SPRINT ) <br> SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE ) <br> USA, INC., and CELLCO PARTNERSHIP, D/B/A ) <br> VERIZON WIRELESS, ) <br> ) <br> Defendants. ) | C.A. No. 08-140-GMS <br><br> **JURY TRIAL DEMANDED** |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Cellco Partnership d/b/a Verizon Wireless respectfully submits its Corporate Disclosure Statement and states that Verizon Communications Inc. and Vodafone Group Plc are publicly held companies that indirectly own 10% or more of Cellco Partnership d/b/a Verizon Wireless.

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant Cellco
Partnership d/b/a Verizon Wireless*

{00213234;v1}

*Of Counsel:*

James H. Wallace, Jr.
Kevin P. Anderson
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
(202) 719-7000
jwallace@wileyrein.com
kanderson@wileyrein.com

{00213234;v1}