IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC.,<br><br>                       Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC, D/B/A CINGULAR<br>     WIRELESS,<br>HTC AMERICA, INC.,<br>HTC CORP.,<br>KYOCERA WIRELESS CORP.,<br>KYOCERA CORP.,<br>LG ELECTRONICS USA, INC.,<br>LG ELECTRONICS, INC.,<br>MOTOROLA, INC.,<br>NOKIA, INC.,<br>NOKIA CORP.,<br>PALM, INC.,<br>RESEARCH IN MOTION CORP.,<br>RESEARCH IN MOTION LTD.,<br>SPRINT SPECTRUM L.P., D/B/A SPRINT PCS,<br>T-MOBILE USA, INC., AND<br>CELLCO PARTNERSHIP, D/B/A VERIZON<br>     WIRELESS,<br><br>                       Defendants. | CIVIL ACTION NO. 08-140-GMS<br><br>JURY TRIAL DEMANDED |

**DEFENDANT LG ELECTRONICS USA, INC.'S
CORPORATE DISCLOSURE**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LG Electronics USA, Inc. discloses that Defendant LG Electronics, Inc. is the parent corporation of LG Electronics USA, Inc.  Defendant LG Electronics, Inc. is a publicly traded corporation and owns 100% of LG Electronics USA, Inc.

| | |
|---|---|
| Dated:   April 30, 2008 | */s/ Richard K. Herrmann* |
| | Richard K. Herrmann (I.D. No. 405) |

**MORRIS JAMES LLP**
500 Delaware Ave, Ste 1500
Wilmington, DE 19801-1494
(302) 888-6800
Email: rherrmann@morrisjames.com

OF COUNSEL:

James P. Bradley
Email:  jbradley@sidley.com
Li Chen
Email: lchen@sidley.com
Tung T. Nguyen
Email: tnguyen@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3300
Fax: (214) 981-3400

Peter H. Kang
Email:  pkang@sidley.com
Theodore W. Chandler
Email:  tchandler@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street
San Francisco, CA 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

**ATTORNEYS FOR DEFENDANT
LG ELECTRONICS USA, INC.**