**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-cv-140 (GMS) |
| | ) | |
| AT&T MOBILITY LLC, dba CINGULAR | ) | |
| WIRELESS, HTC AMERICA INC., HTC | ) | |
| CORP., KYOCERA WIRELESS CORP., | ) | |
| KYOCERA CORP., LG ELECTRONICS USA | ) | |
| INC., LG ELECTRONICS INC., MOTOROLA | ) | |
| INC., NOKIA INC., NOKIA CORP., PALM | ) | |
| INC., RESEARCH IN MOTION CORP., | ) | |
| RESEARCH IN MOTION LTD., SPRINT | ) | |
| SPECTRUM LP, dba SPRINT PCS, T-MOBILE | ) | |
| USA INC., CELLECO PARTNERSHIP, dba | ) | |
| VERIZON WIRELESS, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the Order of the Court, that the time within which defendant T-Mobile USA Inc. shall answer, move or otherwise respond to the Complaint is extended up to and including May 30, 2008. There has been one prior request to extend this deadline. The reason for the second stipulation to extend time is to permit defense counsel additional time to gather information, and to enable the parties to continue discussions concerning the complaint.

/s/ David J. Margules

David J. Margules (#4162)
Bouchard Margules & Friedlander P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
(302) 573-3530
Attorneys for Plaintiff Flashpoint Technology, Inc.

/s/ Arthur G. Connolly, III

Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Attorneys for Defendant T-Mobile USA Inc.

DATED: April 30, 2008

  SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge