IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T MOBILITY, LLC D/B/A CINGULAR ) <br> WIRELESS, HTC AMERICA, INC., HTC ) <br> CORP., KYOCERA WIRELESS CORP., ) <br> KYOCERA CORP., LG ELECTRONICS USA, ) <br> INC., LG ELECTRONICS, INC., MOTOROLA, ) <br> INC., NOKIA, INC., NOKIA CORP., PALM, ) <br> INC., RESEARCH IN MOTION CORP., ) <br> RESEARCH IN MOTION LTD., SPRINT ) <br> SPECTRUM L.P., D/B/A SPRINT PCS, T- ) <br> MOBILE USA, INC., AND CELLCO ) <br> PARTNERSHIP, D/B/A VERIZON WIRELESS, ) <br> ) <br> Defendants. ) <br> ) | C.A. NO. 08-140-GMS <br><br> JURY TRIAL DEMANDED |

## **DEFENDANT MOTOROLA, INC.'S RULE 7.1 DISCLOSURE**

Motorola hereby makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

Motorola, Inc. ("Motorola") has no parent organization and no publicly held corporation owns 10% or more of its stock. Motorola notes that a privately held investment adviser, Dodge & Cox, manages mutual funds that own 10% or more of Motorola's stock.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ Karen E. Keller |
|  | John W. Shaw (#3362) |
|  | jshaw@ycst.com |
| OF COUNSEL: | Karen E. Keller (#4489) |
|  | kkeller@ycst.com |
| Russell E. Levine, P.C. | The Brandywine Building |
| Michael P. Bregenzer | 1000 West Street, 17th Floor |
| Michelle Skinner | Wilmington, DE 19801 |
| KIRKLAND & ELLIS LLP | (302) 571-6600 |
| 200 E. Randolph Street |  |
| Suite 5400 |  |
| Chicago, IL 60601 |  |
| (312) 861-2000 |  |
|  |  |
| John M. Desmarais, P.C. |  |
| KIRKLAND & ELLIS LLP |  |
| Citigroup Center |  |
| 153 East 53rd Street |  |
| New York, New York 10022-4611 | *Attorneys for Motorola, Inc.* |
| (212) 446-6466 |  |

DATED: April 30, 2008

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 30, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

David J. Margules, Esquire
Evan O. Williford, Esquire
Bouchard Margules & Friedlander P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Arthur G. Connolly, III Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

I further certify that on April 30, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

Patrick J. Coughlin, Esquire [patc@csgrr.com]
Michael J. Dowd, Esquire [miked@csgrr.com]
Ray A. Mandlekar, Esquire
[rmandlekar@csgrr.com]
Coughlin Stoia Geller Rudman Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Peter J. Chassman, Esquire
[ChassmanP@howrey.com
Shane A. Nelson, Esquire
[NelsonS@howrey.com)
Joshua S. Wyde, Esquire
[Wyde@howrey.com]
Howrey LLP
1111 Louisiana, 25th Floor
Houston, TX 77002

James H. Wallace, Jr., Esquire
[jwallace@wileyrein.com]
Kevin P. Anderson, Esquire
[kanderson@wileyrein.com]
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 10006

David C. Doyle, Esquire
[ddoyle@mofo.com]
M. Andrew Woodmansee, Esquire
[mawoodmansee@mofo.com]
Gregory W. Reilly, Esquire
[greilly@mofo.com]
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

John F. Ward, Esquire
[wardj@wardolivo.com]
John W. Olivo, Jr., Esquire
[olivoj@wardolivo.com]
David M. Hill, Esquire [hilld@wardolivo.com]
Ward & Olivo
380 Madison Avenue
New York, NY 10017

Leslie J. Gogan, Esquire
[lgogan@crowell.com]
Mark Supko, Esquire
[msupko@crowell.com]
Brian M.. Koide, Esquire
[bkoide@crowell.com]
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Ramsey M. Al-Salam, Esquire
[RAIsalam@perkinscoie.com]
Ryan J. McBrayer, Esquire
[rmcbrayer@perkinscoie.com]
Perkins Coie, LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101

Samuel E. Stubbs, Esquire
[sam.stubbs@pillsburylaw.com]
PILLSBURY WINTHROP SHAW PITTMAN LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, Texas 77010-1018

| | |
|---|---|
| William P. Atkins, Esquire<br>[william.atkins@pillsburylaw.com]<br>Christopher K. Dorsey, Esquire<br>[christopher.dorsey@pillsburylaw.com]<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Blvd.<br>McLean, Virginia 22102-4859 | Stuart Lubitz, Esquire<br>[slubitz@hhlaw.com]<br>Hogan & Hartson LLP<br>1999 Avenue of the Staras<br>Suite 1400<br>Los Angeles, CA 90067 |
| James P. Bradley, Esquire<br>[jbradley@sidley.com]<br>Sidley Auston LLP<br>717 N. Harwood, Suite 3400<br>Dallas, TX 75201 | Peter H. Kang, Esquire<br>[pkang@sidley.com]<br>Theodore W. Chandler, Esquire<br>[tchandler@sidley.com]<br>Sidley Austin LLP<br>555 California Street<br>San Francisco, CA 94104 |

**BY U.S. MAIL**

Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA 94085

                       YOUNG CONAWAY STARGATT
                         & TAYLOR, LLP

                       */s/ Karen E. Keller*
                       John W. Shaw (No. 3362) [jshaw@ycst.com]
                       Karen E. Keller (No. 4489) [kkeller@ycst.com]
                       The Brandywine Building
                       1000 West Street, 17th Floor
                       Wilmington, Delaware 19899
                       (302) 571-6600