IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY, LLC, D/B/A CINGULAR WIRELESS, HTC AMERICA, INC., HTC CORP., KYOCERA WIRLESS CORP., KYOCERA CORP., LG ELECTRONICS USA, INC., LG ELECTRONICS, INC., MOTOROLA, INC., NOKIA INC., NOKIA CORP., PALM, INC., RESEARCH IN MOTION CORP., RESEARCH IN MOTION LTD., SPRINT SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | C.A. No. 08-140-GMS <br><br><br><br> JURY TRIAL DEMANDED |

## DEFENDANT NOKIA INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nokia Inc. states:

1. Nokia Inc. is a wholly-owned subsidiary of Nokia Holding Inc., which is a wholly owned subsidiary of Nokia Corporation; and

2. There is no publicly held company that owns 10% (ten percent) or more of Nokia Inc.'s stock.

/s/

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
RICHARDS, LAYTON & FINGER
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Attorneys for Defendant Nokia Inc.

Dated: April 30, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, hereby certify that on April 30, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) and electronically delivered to the following:

David E. Margules, Esquire
Evan Olin Williford, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

John F. Ward, Esquire
John W. Olivo, Jr., Esquire
David M. Hill, Esquire
Michael J. Zinna, Esquire
Ward & Olivo, Esquire
380 Madison Avenue
New York, NY 10017

David C. Doyle, Esquire
M. Andrew Woodmansee, Esquire
Greg Reilly, Esquire
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92140

Patrick J. Coughlin, Esquire
Michael J. Dowd, Esquire
Rajesh Arun Mandlekar, Esquire
Coughlin Stoia Geller Rudman Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19801

Peter J. Chassman, Esquire
Shane A. Nelson, Esquire
Joshua S. Wyde, Esquire
Howrey LLP
1111 Louisiana, 25th Floor
Houston, TX 77002

Ramsey M. Al-Salam, Esquire
Ryan J. McBrayer, Esquire
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Stuart Lubitz, Esquire
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

Richard K. Herrmann, Esquire
Morris James LLP, Esquire
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza - Sixth Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899-0951

James H. Wallace, Jr., Esquire
Kevin P. Anderson, Esquire
Wiley Rein LLP
1776 K Street, NW
Washington, DE  20006

Steven J. Fineman (#4025)
Fineman@rlf.com