# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AT&T MOBILITY, LLC, D/B/A CINGULAR | ) | |
| WIRELESS, HTC AMERICA, INC., HTC CORP., | ) | |
| KYOCERA WIRELESS CORP., KYOCERA | ) | Civil Action No.: 08-140 GMS |
| CORP., LG ELECTRONICS USA, INC., LG | ) | |
| ELECTRONICS, INC., MOTOROLA, INC., | ) | **JURY TRIAL DEMANDED** |
| NOKIA, INC., NOKIA CORP., PALM, INC., | ) | |
| RESEARCH IN MOTION CORP., RESEARCH | ) | |
| IN MOTION LTD., SPRINT SPECTRUM L.P., | ) | |
| D/B/A SPRINT PCS, T-MOBILE USA, INC., and | ) | |
| CELLCO PARTNERSHIP, D/B/A VERIZON | ) | |
| WIRELESS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT PALM, INC.'S DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant Palm, Inc. hereby discloses that it has no parent corporation and the only publicly held corporations that own 10% or more of its stock are Fidelity Management & Research Corp. and AXA Financial, Inc.

DATED: April 30, 2008            RATNERPRESTIA

                                 /s/RexADonnelly
                                 Rex A. Donnelly, IV (Delaware ID # 3492)
                                 E-mail:  radonnelly@ratnerprestia.com
                                 Joanne Ceballos (Delaware ID #2854)
                                 E-mail:  jceballos@ratnerprestia.com
                                 1007 Orange Street, Suite 1100
                                 Wilmington, DE 19801-1231
                                 Phone:  (302) 778-2500
                                 Fax:  (302) 778-2600

                                 Attorneys for Defendant Palm, Inc.


Of Counsel:

Robert T. Haslam
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

Michael M. Markman
Daniel N. Kassabian
Robert J. Williams
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104