IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-cv-140-GMS |
| | ) |
| AT&T MOBILITY, LLC, D/B/A CINGULAR WIRELESS, HTC AMERICA, INC., HTC CORP., KYOCERA WIRELESS CORP., KYOCERA CORP., LG ELECTRONICS USA, INC., LG ELECTRONICS, INC., MOTOROLA, INC., NOKIA, INC., NOKIA CORP., PALM, INC., RESEARCH IN MOTION CORP., RESEARCH IN MOTION LTD., SPRINT SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, | ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Mobility LLC states that its members are as follows: SBC Long Distance, LLC; SBC Alloy Holdings, Inc; AT&T Mobility Corporation; New BellSouth Cingular Holdings, Inc.; and BellSouth Mobile Data, Inc. None of these members are a publicly-held corporation and they are all direct or indirect subsidiaries of AT&T Inc., which is a publicly-held corporation.

There is no one person or entity that owns 10% or more of the stock of AT&T Inc.

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      */s/ Karen E. Keller*

                                      John W. Shaw (No. 3362)
                                      Karen E. Keller (No. 4489)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, DE 19801
                                      (302) 571-6554
                                      kkeller@ycst.com

OF COUNSEL:

Samuel E. Stubbs
PILLSBURY WINTHROP SHAW PITTMAN LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, Texas 77010-1018
(713) 276-7645


William P. Atkins
Christopher K. Dorsey
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, Virginia 22102-4859
(703) 770-7900

                                      *Counsel for AT&T Mobility LLC*

DATED: April 30, 2008

## CERTIFICATE OF SERVICE

      I, Karen E. Keller, Esquire, hereby certify that on April 30, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| David J. Margules, Esquire<br>Evan O. Williford, Esquire<br>Bouchard Margules & Friedlander P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Jeffrey L. Moyer, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | David E. Moore, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Arthur G. Connolly, III Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Lauren E. Maguire, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899 | Richard K. Herrmann, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |

      I further certify that on April 30, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

Patrick J. Coughlin, Esquire [patc@csgrr.com]
Michael J. Dowd, Esquire [miked@csgrr.com]
Ray A. Mandlekar, Esquire
[rmandlekar@csgrr.com]
Coughlin Stoia Geller Rudman Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

John F. Ward, Esquire
[wardj@wardolivo.com]
John W. Olivo, Jr., Esquire
[olivoj@wardolivo.com]
David M. Hill, Esquire [hilld@wardolivo.com]
Ward & Olivo
380 Madison Avenue
New York, NY 10017

Peter J. Chassman, Esquire
[ChassmanP@howrey.com]
Shane A. Nelson, Esquire
[NelsonS@howrey.com)
Joshua S. Wyde, Esquire
[Wyde@howrey.com]
Howrey LLP
1111 Louisiana, 25th Floor
Houston, TX 77002

Leslie J. Gogan, Esquire
[lgogan@crowell.com]
Mark Supko, Esquire
[msupko@crowell.com]
Brian M.. Koide, Esquire
[bkoide@crowell.com]
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

James H. Wallace, Jr., Esquire
[jwallace@wileyrein.com]
Kevin P. Anderson, Esquire
[kanderson@wileyrein.com]
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 10006

Ramsey M. Al-Salam, Esquire
[RAIsalam@perkinscoie.com]
Ryan J. McBrayer, Esquire
[rmcbrayer@perkinscoie.com]
Perkins Coie, LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101

David C. Doyle, Esquire
[ddoyle@mofo.com]
M. Andrew Woodmansee, Esquire
[mawoodmansee@mofo.com]
Gregory W. Reilly, Esquire
[greilly@mofo.com]
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

Russell E. Levine, P.C.
[rlevine@kirkland.com]
Michael P. Bregenzer, Esquire
[mbregenzer@kirkland.com]
Michelle Skinner, Esquire
[skinnerm@kirkland.com]
KIRKLAND & ELLIS LLP
200 E. Randolph Street
Suite 5400
Chicago, IL 60601

John M. Desmarais, P.C.
[jdesmarais@kirkland.com]
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Stuart Lubitz, Esquire
[slubitz@hhlaw.com]
Hogan & Hartson LLP
1999 Avenue of the Staras
Suite 1400
Los Angeles, CA 90067

2

James P. Bradley, Esquire
[jbradley@sidley.com]
Sidley Auston LLP
717 N. Harwood, Suite 3400
Dallas, TX  75201

Peter H. Kang, Esquire
[pkang@sidley.com]
Theodore W. Chandler, Esquire
[tchandler@sidley.com]
Sidley Austin LLP
555 California Street
San Francisco, CA  94104

**BY U.S. MAIL**

Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA  94085

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

_____
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600

3