IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T MOBILITY, LLC, D/B/A CINGULAR ) <br> WIRELESS, HTC AMERICA, INC., HTC CORP., ) <br> KYOCERA WIRELESS CORP., KYOCERA ) <br> CORP., LG ELECTRONICS USA, INC., LG ) <br> ELECTRONICS, INC., MOTOROLA, INC., ) <br> NOKIA, INC., NOKIA CORP., PALM, INC., ) <br> RESEARCH IN MOTION CORP., RESEARCH IN ) <br> MOTION LTD., SPRINT SPECTRUM L.P., D/B/A ) <br> SPRINT PCS, T-MOBILE USA, INC., and ) <br> CELLCO PARTNERSHIP, D/B/A VERIZON ) <br> WIRELESS, ) <br> ) <br> Defendants. ) | Case No. 08-cv-140-GMS |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Samuel E. Stubbs, Esquire, William P. Atkins, Esquire, and Christopher K. Dorsey, Esquire of Pillsbury Winthrop Shaw Pittman LLC to represent defendant AT&T Mobility LLC in this matter.

Dated: April 30, 2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600

Attorneys for Defendant AT&T Mobility LLC

OF COUNSEL:

Samuel E. Stubbs
PILLSBURY WINTHROP SHAW PITTMAN LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, Texas 77010-1018
T: (713) 276-7645
F: (281) 582-6473

William P. Atkins
Christopher K. Dorsey
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, Virginia 22102-4859
T: (703) 770-7900
F: (703) 770-7901

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* of Samuel E. Stubbs, William P. Atkins, and Christopher K. Dorsey is granted.


Dated: May ___, 2008                    _____
                                         UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that payment of the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 30, 2008

Samuel E. Stubbs
PILLSBURY WINTHROP SHAW PITTMAN LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, Texas 77010-1018
(713) 276-7645

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia, the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that payment of the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 30, 2008

William P. Atkins
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, Virginia 22102-4859
(703) 770-7900

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that payment of the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 30, 2008

Christopher K. Dorsey
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd.
McLean, Virginia 22102-4859
(703) 770-7900

## CERTIFICATE OF SERVICE

       I, Karen E. Keller, Esquire, hereby certify that on April 30, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

David J. Margules, Esquire
Evan O. Williford, Esquire
Bouchard Margules & Friedlander P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Arthur G. Connolly, III Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

       I further certify that on April 30, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

Patrick J. Coughlin, Esquire [patc@csgrr.com]
Michael J. Dowd, Esquire [miked@csgrr.com]
Ray A. Mandlekar, Esquire
[rmandlekar@csgrr.com]
Coughlin Stoia Geller Rudman Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

John F. Ward, Esquire
[wardj@wardolivo.com]
John W. Olivo, Jr., Esquire
[olivoj@wardolivo.com]
David M. Hill, Esquire [hilld@wardolivo.com]
Ward & Olivo
380 Madison Avenue
New York, NY 10017

Peter J. Chassman, Esquire
[ChassmanP@howrey.com
Shane A. Nelson, Esquire
[NelsonS@howrey.com)
Joshua S. Wyde, Esquire
[Wyde@howrey.com]
Howrey LLP
1111 Louisiana, 25th Floor
Houston, TX 77002

Leslie J. Gogan, Esquire
[lgogan@crowell.com]
Mark Supko, Esquire
[msupko@crowell.com]
Brian M.. Koide, Esquire
[bkoide@crowell.com]
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

James H. Wallace, Jr., Esquire
[jwallace@wileyrein.com]
Kevin P. Anderson, Esquire
[kanderson@wileyrein.com]
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 10006

Ramsey M. Al-Salam, Esquire
[RAIsalam@perkinscoie.com]
Ryan J. McBrayer, Esquire
[rmcbrayer@perkinscoie.com]
Perkins Coie, LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101

David C. Doyle, Esquire
[ddoyle@mofo.com]
M. Andrew Woodmansee, Esquire
[mawoodmansee@mofo.com]
Gregory W. Reilly, Esquire
[greilly@mofo.com]
12531 High Bluff Drive, Suite 100
San Diego, CA 92130

Russell E. Levine, P.C.
[rlevine@kirkland.com]
Michael P. Bregenzer, Esquire
[mbregenzer@kirkland.com]
Michelle Skinner, Esquire
[skinnerm@kirkland.com]
KIRKLAND & ELLIS LLP
200 E. Randolph Street
Suite 5400
Chicago, IL 60601

John M. Desmarais, P.C.
[jdesmarais@kirkland.com]
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Stuart Lubitz, Esquire
[slubitz@hhlaw.com]
Hogan & Hartson LLP
1999 Avenue of the Staras
Suite 1400
Los Angeles, CA 90067

2

| | |
|---|---|
| James P. Bradley, Esquire<br>[jbradley@sidley.com]<br>Sidley Auston LLP<br>717 N. Harwood, Suite 3400<br>Dallas, TX  75201 | Peter H. Kang, Esquire<br>[pkang@sidley.com]<br>Theodore W. Chandler, Esquire<br>[tchandler@sidley.com]<br>Sidley Austin LLP<br>555 California Street<br>San Francisco, CA  94104 |

**BY U.S. MAIL**

Palm, Inc.
950 West Maude Avenue
Sunnyvale, CA  94085

                                                YOUNG CONAWAY STARGATT
                                                  &TAYLOR, LLP

                                                  */s/ Karen E. Keller*
                                                  John W. Shaw (No. 3362) [jshaw@ycst.com]
                                                  Karen E. Keller (No. 4489) [kkeller@ycst.com]
                                                  The Brandywine Building
                                                  1000 West Street, 17th Floor
                                                  Wilmington, Delaware  19899
                                                  (302) 571-6600

DB02:6783847.1    900002.0008