IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FLASHPOINT TECHNOLOGY, INC.,

        Plaintiff,

v.                                               Civil Action No.: 08-140 GMS

AT&T MOBILITY, LLC, et al.,

        Defendants.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael M. Markman to represent defendant Palm, Inc. in this matter.

DATED: May 1, 2008                         RATNERPRESTIA

                                                          Rex A. Donnelly, IV (Delaware ID # 3492)
                                                          E-mail: radonnelly@ratnerprestia.com
                                                          Joanne Ceballos (Delaware ID #2854)
                                                          E-mail: jceballos@ratnerprestia.com
                                                          1007 Orange Street, Suite 1100
                                                         Wilmington, DE 19801-1231
                                                         Phone: (302) 778-2500
                                                         Fax: (302) 778-2600
                                                         Attorneys for Defendant Palm, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Michael M. Markman is GRANTED.

Dated: _____                   _____
                                                                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 30, 2008            Signed: _____
Michael M. Markman
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  415-772-6000
Facsimile:  415-772-6268
Michael.Markman@hellerehrman.com