IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION § CORP., RESEARCH IN MOTION LTD., SPRINT § SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § USA, INC., and CELLCO PARTNERSHIP, D/B/A § VERIZON WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James R. Hail to represent plaintiff Flashpoint Technology, Inc. in this matter.

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212) 697-6262<br><br>Dated: May 5, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for plaintiff Flashpoint Technology, Inc.* |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____                              _____
                                                  Chief Judge Gregory M. Sleet

{BMF-W0093161.}

**CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on May 5, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion and Order for Admission Pro Hac Vice** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

Jeffrey L. Moyer, Esquire
Steven J. Fineman, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
  *Attorneys for Defendants Nokia, Inc. and*
  *Nokia Corp.*

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
  *Attorneys for Defendant Kyocera Wireless Corp.,*
  *AT&T Mobility, LLC and Motorola, Inc.*

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19899
  *Attorneys for Defendant T-Mobile USA Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendants HTC America, Inc.,*
  *HTC Corp., Research in Motion Corp. and Research in*
  *Motion Ltd.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
  *Attorneys for Defendant Sprint Spectrum*
  *d/b/a Sprint PCS*

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
  *Attorneys for Defendant Cellco Partnership*
  *d/b/a Verizon Wireless*

Rex A. Donnelly, IV, Esquire
Joanne Ceballos, Esquire
RatnerPrestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
  *Attorneys for Defendant Palm, Inc.*

Richard K. Herrmann, Esquire
Morris James
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
  *Attorneys for Defendant LG Electronics USA, Inc.*


/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that payment of the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4-30-08        Signed: _____
                     James R. Hail
                     COUGHLIN STOIA GELLER RUDMAN
                      & ROBBINS LLP
                     655 West Broadway, Suite 1900
                     San Diego, CA 92101
                     (619) 231-1058

{BMF-W0091354.}