IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T MOBILITY, LLC, D/B/A CINGULAR ) <br> WIRELESS, HTC AMERICA, INC., HTC ) <br> CORP., KYOCERA WIRELESS CORP., ) <br> KYOCERA CORP., LG ELECTRONICS USA, INC., ) <br> LG ELECTRONICS, INC., MOTOROLA, INC., ) <br> NOKIA, INC., NOKIA CORP., PALM, INC., ) <br> RESEARCH IN MOTION CORP., RESEARCH IN ) <br> MOTION LTD., SPRINT SPECTRUM L.P., D/B/A ) <br> SPRINT PCS, T-MOBILE USA, INC., and CELLCO ) <br> PARTNERSHIP, D/B/A VERIZON WIRELESS, ) <br> ) <br> Defendants. ) | C.A. No. 08-140-GMS |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of James H. Wallace, Jr. and Kevin P. Anderson to represent Cellco Partnership, D/B/A Verizon Wireless in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $50.00 is being submitted to cover the annual fee for the attorneys listed above.

{00214378;v1}

ASHBY & GEDDES

/s/ *John G. Day*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Cellco Partnership, D/B/A Verizon Wireless*

Dated: May 6, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-140-GMS |
| | ) | |
| AT&T MOBILITY, LLC, D/B/A CINGULAR WIRELESS, HTC AMERICA, INC., HTC CORP., KYOCERA WIRELESS CORP., KYOCERA CORP., LG ELECTRONICS USA, INC., LG ELECTRONICS, INC., MOTOROLA, INC., NOKIA, INC., NOKIA CORP., PALM, INC., RESEARCH IN MOTION CORP., RESEARCH IN MOTION LTD., SPRINT SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2008, the Court having considered the motion for the admission *pro hac vice* of James H. Wallace, Jr. and Kevin P. Anderson to represent Cellco Partnership, D/B/A Verizon Wireless in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
Chief Judge

{00214378;v1}

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: April 30, 2008

James H. Wallace, Jr.
WILEY REIN LLP.
1776 K Street, NW
Washington, DC  20006
202-719-7240

12838160.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: April 30, 2008

Kevin P. Anderson
WILEY REIN LLP.
1776 K Street, NW
Washington, DC 20006
202-719-3586

12838160.1