IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC. <br><br> Plaintiffs <br> v. <br><br> AT&T MOBILITY, LLC, D/B/A CINGULAR WIRELESS, HTC AMERICA, INC., HTC CORP., KYOCERA WIRELESS CORP., KYOCERA CORP., LG ELECTRONICS USA, INC., LG ELECTRONICS, INC., MOTOROLA, INC., NOKIA, INC., NOKIA CORP., PALM, INC., RESEARCH IN MOTION CORP., RESEARCH IN MOTION LTD., SPRINT SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 08-140-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Russell E. Levine, P.C., Esquire, Michael P. Bregenzer, Esquire, Margaret M. Dolan, Esquire, and Michelle Skinner, Esquire to represent Defendant Motorola, Inc. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
*Attorneys for Defendant Motorola, Inc.*

Dated: May 7, 2008

## **ORDER**

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys, Russell E. Levine, P.C., Esquire, Michael P. Bregenzer, Esquire, Margaret M. Dolan, Esquire, Michelle Skinner, Esquire are admitted *pro hac vice*.

Dated: May ___, 2008

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Russell E. Levine, P.C., certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Russell E. Levine, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Dated: April 24, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Michael P. Bregenzer, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and the State of Nevada and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

                                                Michael P. Bregenzer
                                                Kirkland & Ellis LLP
                                                200 East Randolph Drive
                                                Chicago, Illinois 60601

Dated: April 24, 2008

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Margaret M. Dolan, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Margaret M. Dolan
Margaret M. Dolan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Dated: April 24, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Michelle Skinner, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Michelle Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

Dated: April 24, 2008

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on May 7, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

David J. Margules, Esquire
[dmargules@BMF-law.com]
Evan O. Williford, Esquire
[ewilliford@BMF-law.com]
Bouchard Margules & Friedlander P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Jeffrey L. Moyer, Esquire
[moyer@rlf.com]
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Frederick L. Cottrell, III, Esquire
[Cottrell@rlf.com]
Anne Shea Gaza, Esquire
[gaza@rlf.com]
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Steven J. Balick, Esquire
[sbalick@ashby-geddes.com]
John G. Day, Esquire
[jday@ashby-geddes.com]
Lauren E. Maguire, Esquire
[lmaguire@ashby-geddes.com]
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Richard L. Horwitz, Esquire
[rhorwitz@potteranderson.com]
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

David E. Moore, Esquire
[dmoore@potteranderson.com]
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Arthur G. Connolly, III Esquire
[aconnollyIII@cblh.com]
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Richard K. Herrmann, Esquire
[rherrmann@morrisjames.com]
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Rex A. Donnelly, IV, Esquire
[radonnelly@ratnerprestia.com]
Joanne Ceballos, Esquire
[jceballos@ratnerprestia.com]
RatnerPrestia
1007 North Orange Street, Suite 1100
Wilmington, DE 19801-1231

I further certify that on May 7, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

Patrick J. Coughlin, Esquire [patc@csgrr.com]
Michael J. Dowd, Esquire [miked@csgrr.com]
Ray A. Mandlekar, Esquire
[rmandlekar@csgrr.com]
Coughlin Stoia Geller Rudman Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

John F. Ward, Esquire
[wardj@wardolivo.com]
John W. Olivo, Jr., Esquire
[olivoj@wardolivo.com]
David M. Hill, Esquire [hilld@wardolivo.com]
Ward & Olivo
380 Madison Avenue
New York, NY 10017

Peter J. Chassman, Esquire
[ChassmanP@howrey.com]
Shane A. Nelson, Esquire
[NelsonS@howrey.com)
Joshua S. Wyde, Esquire
[Wyde@howrey.com]
Howrey LLP
1111 Louisiana, 25th Floor
Houston, TX 77002

Leslie J. Gogan, Esquire
[lgogan@crowell.com]
Mark Supko, Esquire
[msupko@crowell.com]
Brian M.. Koide, Esquire
[bkoide@crowell.com]
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

James H. Wallace, Jr., Esquire
[jwallace@wileyrein.com]
Kevin P. Anderson, Esquire
[kanderson@wileyrein.com]
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 10006

Ramsey M. Al-Salam, Esquire
[RAlsalam@perkinscoie.com]
Ryan J. McBrayer, Esquire
[rmcbrayer@perkinscoie.com]
Perkins Coie, LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101

2

| | |
|---|---|
| David C. Doyle, Esquire<br>[ddoyle@mofo.com]<br>M. Andrew Woodmansee, Esquire<br>[mawoodmansee@mofo.com]<br>Gregory W. Reilly, Esquire<br>[greilly@mofo.com]<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130 | Samuel E. Stubbs, Esquire<br>[sam.stubbs@pillsburylaw.com]<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Two Houston Center<br>909 Fannin, Suite 2000<br>Houston, Texas 77010-1018 |
| William P. Atkins, Esquire<br>[william.atkins@pillsburylaw.com]<br>Christopher K. Dorsey, Esquire<br>[christopher.dorsey@pillsburylaw.com]<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Blvd.<br>McLean, Virginia 22102-4859 | Stuart Lubitz, Esquire<br>[slubitz@hhlaw.com]<br>Hogan & Hartson LLP<br>1999 Avenue of the Staras<br>Suite 1400<br>Los Angeles, CA 90067 |
| James P. Bradley, Esquire<br>[jbradley@sidley.com]<br>Sidley Auston LLP<br>717 N. Harwood, Suite 3400<br>Dallas, TX 75201 | Peter H. Kang, Esquire<br>[pkang@sidley.com]<br>Theodore W. Chandler, Esquire<br>[tchandler@sidley.com]<br>Sidley Austin LLP<br>555 California Street<br>San Francisco, CA 94104 |
| Robert T. Haslam, Esquire<br>[robert.haslam@hellerehrman.com]<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025 | Michael M. Markman, Esquire<br>[michael.markman@hellerehrman.com]<br>Daniel N. Kassabian, Esquire<br>[daniel.kassabian@hellerehrman.com]<br>Robert J. Williams, Esquire<br>[robert.williams@hellerehrman.com]<br>333 Bush Street<br>San Francisco, CA 94104 |

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *John W. Shaw*
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600 .

3

DB02:6783747.1                                                                                                  900002.0008