IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY, LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 08-140 GMS <br> ) <br> ) <br> ) <br> ) |

**MOTION AND ORDER FOR ADMISSION
OF DANIEL N. KASSABIAN *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Daniel N. Kassabian to represent Defendant Palm, Inc. in this matter.

DATED: May 7, 2008

RATNERPRESTIA

_____
Rex A. Donnelly, IV (Delaware ID # 3492)
E-mail: radonnelly@ratnerprestia.com
Joanne Ceballos (Delaware ID #2854)
E-mail: jceballos@ratnerprestia.com
1007 Orange Street, Suite 1100
Wilmington, DE 19801-1231
Phone: (302) 778-2500
Fax: (302) 778-2600

Attorneys for Defendant Palm, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission of Daniel N. Kassabian *pro hac vice* is granted.

DATED: _____

                                    Gregory M. Sleet
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

DATED: May 7, 2008

                          */s/ D. Kassabian*
Daniel N. Kassabian
HELLER EHRMAN LLP
E-mail: daniel.kassabian@hellerehman.com
333 Bush Street
San Francisco, CA 94107
Phone: (415) 772-6000
Fax: (415) 772-6098

Attorneys for Defendant Palm, Inc.