**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION § CORP., RESEARCH IN MOTION LTD., SPRINT § SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § USA, INC., and CELLCO PARTNERSHIP, D/B/A § VERIZON WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

**PLAINTIFF'S REPLY TO MOTOROLA, INC.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of Motorola, Inc.'s ("Motorola") Counterclaims as follows:

**THE PARTIES**

1. Admitted.

2. Upon information and belief, admitted.

**JURISDICTION AND VENUE**

3. Admitted that the Counterclaims purport to arise under United States, 35 U.S.C. §§ 100, *et seq*. and the Declaratory Judgment 28 U.S.C. § 2201 and 2002, and that jurisdiction is conferred upon this Court by 28 U.S.C. §§ 1331, 2201 and 2202, but otherwise denied.

4. Admitted.

## NATURE OF THE ACTION

5. Admitted that this purports to be an action for declaratory relief under the patent laws of the United States, 35 U.S.C. §§ 100, *et seq.* and the Declaratory Judgment Act, 28 U.S.C. § 2201 and 2002, that Motorola seeks a declaratory judgment of invalidity of the patents-in-suit and non-infringement of the patents-in-suit by Motorola, and that an actual controversy exists between FlashPoint and Motorola regarding the validity of one or more of the patents-in-suit and Motorola's infringement of one or more claims of the patents-in-suit, but otherwise denied.

### COUNT I: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,118,480

6. FlashPoint incorporates the replies set forth to Paragraphs 1-5 as if fully set forth herein.

7. Although FlashPoint is still investigating this matter, FlashPoint does not presently allege that Motorola infringes, contributes to the infringement of, or actively induces others to infringe, any claim of the '480 patent.

8. Denied.

9. Denied.

### COUNT II: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,177,956

10. FlashPoint incorporates the replies set forth to Paragraphs 1-5 as if fully set forth herein.

11. Although FlashPoint is still investigating this matter, FlashPoint does not presently allege that Motorola infringes, contributes to the infringement of, or actively induces others to infringe, any claim of the '956 patent.

12. Denied.

13. Denied.

### COUNT III: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,222,538

14. FlashPoint incorporates the replies set forth to Paragraphs 1-5 as if fully set forth herein.

15. Although FlashPoint is still investigating this matter, FlashPoint does not presently allege that Motorola infringes, contributes to the infringement of, or actively induces others to infringe, any claim of the '538 patent.

16. Denied.

17. Denied.

### COUNT IV: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,223,190

18. FlashPoint incorporates the replies set forth to Paragraphs 1-5 as if fully set forth herein.

19. Denied.

20. Denied.

21. Denied.

### COUNT V: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,249,316

22. FlashPoint incorporates the replies set forth to Paragraphs 1-5 as if fully set forth herein.

23. Denied.

24. Denied.

25. Denied.

### COUNT VI: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,486,914

26. FlashPoint incorporates the replies set forth to Paragraphs 1-5 as if fully set forth herein.

27. Although FlashPoint is still investigating this matter, FlashPoint does not presently allege that Motorola infringes, contributes to the infringement of, or actively induces others to infringe, any claim of the '914 patent.

28. Denied.

29. Denied.

### COUNT VII: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,486,914

30. FlashPoint incorporates the replies set forth to Paragraphs 1-5 as if fully set forth herein.

31. Denied.

32. Denied.

33. Denied.

### PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against Motorola as follows:

A. That Motorola takes nothing by its Counterclaims;

B. That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

C. Any and all further relief for Plaintiff as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

|  |  |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212) 697-6262<br><br>Dated: May 20, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>*Attorneys for Plaintiff Flashpoint Technology, Inc.* |

# CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on May 20, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to Motorola, Inc.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

> Jeffrey L. Moyer, Esquire
> Steven J. Fineman, Esquire
> Richards Layton & Finger
> One Rodney Square
> Wilmington, DE 19801
>   *Attorneys for Defendants Nokia, Inc. and*
>   *Nokia Corp.*
>
> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire
> Karen E. Keller, Esquire
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
>   *Attorneys for Defendant Kyocera Wireless Corp.,*
>   *AT&T Mobility LLC and Motorola, Inc.*
>
> Arthur G. Connolly, III, Esquire
> Connolly Bove Lodge & Hutz
> 1007 North Orange Street
> Wilmington, DE 19899
>   *Attorneys for Defendant T-Mobile USA Inc.*
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19801
>   *Attorneys for Defendants HTC America, Inc.,*
>   *HTC Corp., Research in Motion Corp. and Research*
>   *in Motion Ltd.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
  *Attorneys for Defendant Sprint Spectrum*
 *d/b/a Sprint PCS*

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
  *Attorneys for Defendant Cellco Partnership*
 *d/b/a Verizon Wireless*

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
  *Attorneys for Defendant LG Electronics USA, Inc.*

Rex A. Donnelly, IV, Esquire
Joanne Ceballos, Esquire
Ratner Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
  *Attorneys for Defendant Palm, Inc.*


/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*