**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION § CORP., RESEARCH IN MOTION LTD., SPRINT § SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § USA, INC., and CELLCO PARTNERSHIP, D/B/A § VERIZON WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

**PLAINTIFF'S REPLY TO RESEARCH IN MOTION CORP.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of Research In Motion Corp.'s ("RIM Corp.") Counterclaims as follows:

**PARTIES**

1.  Upon information and belief, admitted.

2.  Admitted.

**JURISDICTION AND VENUE**

3.  Admitted that RIM Corp. purports to state a counterclaim for invalidity and non-infringement of the patents-in-suit, that this Court has subject matter jurisdiction over RIM Corp.'s counterclaims pursuant to 28 U.S.C. §§ 2201-2202, 1331 and 1338, that a real, immediate and justiciable controversy exists between RIM Corp. and FlashPoint relating to the validity of one or more of the patents-in-suit and the infringement of one or more claims of the

patents-in-suit by RIM Corp., and that RIM Corp. has infringed one or more claims of the patents-in-suit, but otherwise denied.

4. Admitted.

### COUNT 1: DECLARATORY JUDGMENT OF PATENT INVALIDITY

5. FlashPoint incorporates the replies set forth to Paragraphs 1-4 as if fully set forth herein.

6. Denied.

7. Admitted.

### COUNT 2: DECLARATORY JUDGMENT OF NON-INFRINGEMENT

8. FlashPoint incorporates the replies set forth to Paragraphs 1-7 as if fully set forth herein.

9. Denied.

10. Admitted.

### COUNT 3: ATTORNEY FEES AND COSTS

11. FlashPoint incorporates the replies set forth to Paragraphs 1-10 as if fully set forth herein.

12. Denied.

### JURY DEMAND

13. No response to Paragraph 13 is required.

### PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against RIM Corp. as follows:

A. That RIM Corp. takes nothing by its Counterclaims;

B.  That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

C.  Any and all further relief for Plaintiff as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

|  |  |
|---|---|
| | /s/ Evan O. Williford |
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212) 697-6262<br><br>Dated: May 20, 2008 | David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for Plaintiff Flashpoint Technology, Inc.* |

**CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on May 20, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to Research in Motion Corp.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

> Jeffrey L. Moyer, Esquire
> Steven J. Fineman, Esquire
> Richards Layton & Finger
> One Rodney Square
> Wilmington, DE 19801
>   *Attorneys for Defendants Nokia, Inc. and*
>   *Nokia Corp.*

> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire
> Karen E. Keller, Esquire
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
>   *Attorneys for Defendant Kyocera Wireless Corp.,*
>   *AT&T Mobility LLC and Motorola, Inc.*

> Arthur G. Connolly, III, Esquire
> Connolly Bove Lodge & Hutz
> 1007 North Orange Street
> Wilmington, DE 19899
>   *Attorneys for Defendant T-Mobile USA Inc.*

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19801
>   *Attorneys for Defendants HTC America, Inc.,*
>   *HTC Corp., Research in Motion Corp. and Research*
>   *in Motion Ltd.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
  *Attorneys for Defendant Sprint Spectrum*
  *d/b/a Sprint PCS*

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
  *Attorneys for Defendant Cellco Partnership*
  *d/b/a Verizon Wireless*

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
  *Attorneys for Defendant LG Electronics USA, Inc.*

Rex A. Donnelly, IV, Esquire
Joanne Ceballos, Esquire
Ratner Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
  *Attorneys for Defendant Palm, Inc.*


/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*