## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION § CORP., RESEARCH IN MOTION LTD., SPRINT § SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § USA, INC., and CELLCO PARTNERSHIP, D/B/A § VERIZON WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Nathan R. Lindell to represent plaintiff Flashpoint Technology, Inc. in this matter.

{BMF-W0095411.}

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY  10017<br>(212) 697-6262<br><br>Dated: May 23, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for plaintiff Flashpoint Technology, Inc.* |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____                    Chief Judge Gregory M. Sleet

{BMF-W0095411.}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that payment of the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 05. 20. 08       Signed: _____
                       Nathan R. Lindell
                       COUGHLIN STOIA GELLER RUDMAN
                         & ROBBINS LLP
                       655 West Broadway, Suite 1900
                       San Diego, CA 92101
                       (619) 231-1058

{BMF-W0095422.}

## **CERTIFICATE OF SERVICE**

    I, Evan O. Williford, hereby certify that on May 23, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Motion and Order for Admission Pro Hac Vice** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

    Jeffrey L. Moyer, Esquire
    Steven J. Fineman, Esquire
    Richards Layton & Finger
    One Rodney Square
    Wilmington, DE 19801
      *Attorneys for Defendants Nokia, Inc. and*
      *Nokia Corp.*

    Josy W. Ingersoll, Esquire
    John W. Shaw, Esquire
    Karen E. Keller, Esquire
    Young Conaway Stargatt & Taylor
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801
      *Attorneys for Defendant Kyocera Wireless Corp.,*
      *AT&T Mobility LLC and Motorola, Inc.*

    Arthur G. Connolly, III, Esquire
    Connolly Bove Lodge & Hutz
    1007 North Orange Street
    Wilmington, DE 19899
      *Attorneys for Defendant T-Mobile USA Inc.*

    Richard L. Horwitz, Esquire
    David E. Moore, Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza
    1313 North Market Street
    Wilmington, DE 19801
      *Attorneys for Defendants HTC America, Inc.,*
      *HTC Corp., Research in Motion Corp. and Research*
      *in Motion Ltd.*

{BMF-W0095411.}

    Frederick L. Cottrell, III, Esquire
    Anne Shea Gaza, Esquire
    Richards Layton & Finger
    One Rodney Square
    Wilmington, DE 19801
     *Attorneys for Defendant Sprint Spectrum*
    *d/b/a Sprint PCS*

    Steven J. Balick, Esquire
    John G. Day, Esquire
    Lauren E. Maguire, Esquire
    Ashby & Geddes
    500 Delaware Avenue, 8th Floor
    Wilmington, DE 19801
     *Attorneys for Defendant Cellco Partnership*
    *d/b/a Verizon Wireless*

    Richard K. Herrmann, Esquire
    Morris James LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
     *Attorneys for Defendant LG Electronics USA, Inc.*

    Rex A. Donnelly, IV, Esquire
    Joanne Ceballos, Esquire
    Ratner Prestia
    1007 Orange Street, Suite 1100
    Wilmington, DE 19801
     *Attorneys for Defendant Palm, Inc.*


    /s/ Evan O. Williford
    David J. Margules (I.D. No. 2254)
    Evan O. Williford (I.D. No. 4162)
    BOUCHARD MARGULES & FRIEDLANDER, P.A.
    222 Delaware Avenue, Suite 1400
    Wilmington, DE 19801
    (302) 573-3500
    dmargules@bmf-law.com
    ewilliford@bmf-law.com
     *Attorneys for plaintiff Flashpoint Technology, Inc.*