**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY, LLC, D/B/A CINGULAR WIRELESS, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 08-140-GMS <br><br> JURY TRIAL DEMANDED |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Peter H. Kang of the law firm of Sidley Austin LLP to represent Defendants LG Electronics USA, Inc. and LG Electronics, Inc. in this matter.

Dated: May 29, 2008

*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
**MORRIS JAMES LLP**
500 Delaware Ave, Ste 1500
Wilmington, DE 19801-1494
(302) 888-6800
Email: rherrmann@morrisjames.com
**ATTORNEYS FOR DEFENDANTS
LG ELECTRONICS USA, INC. AND
LG ELECTRONICS, INC.**

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____      _____
                            **United States District Court Judge**

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: May 23, 2008

Signed: _____
Peter H. Kang, Esq.
Sidley Austin LLP
555 California Street
San Francisco, CA 94104
(415) 772-1200