IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AT&T MOBILITY, LLC, D/B/A CINGULAR WIRELESS, HTC AMERICA, INC., HTC CORP., KYOCERA WIRELESS CORP., KYOCERA CORP., LG ELECTRONICS USA, INC., LG ELECTRONICS, INC., MOTOROLA, INC., NOKIA, INC., NOKIA CORP., PALM, INC., RESEARCH IN MOTION CORP., RESEARCH IN MOTION LTD., SPRINT SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 08-140-GMS<br><br>**JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

**DEFENDANT HTC AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant HTC America, Inc. hereby submits its corporate disclosure statement. HTC America, Inc. discloses that it is a wholly owned subsidiary of HTC Corp.

OF COUNSEL:

Richard de Bodo
David H. Ben-Meir
Huan-Yi Lin
HOGAN & HARTSON LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600

Dated: June 2, 2008
867401 / 32891

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant HTC America, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 2, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 2, 2008, the attached document was Electronically Mailed to the following person(s):

David E. Margules
Evan Olin Williford
BOUCHARD MARGULES &
FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
James R. Hail
Nathan R. Lindell
COUGHLIN STOIA GELLER RUDMAN ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101
patc@csgrr.com
miked@csgrr.com
rmandlekar@csgrr.com
jimh@csgrr.com
nlindell@csgrr.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com
zinnam@wardolivo.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

Samuel E. Stubbs
PILLSBURY WINTHROP SHAW PITTMAN LLC
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
sam.stubbs@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility, LLC, d/b/a Cingular Wireless*

Josy W. Ingersoll
John W. Shaw
Karen E. Keller
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com
*Attorneys for Defendant Kyocera Wireless Corp.*

John W. Shaw
Karen E. Keller
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jshaw@ycst.com
kkeller@ycst.com
*Attorneys for Defendant AT&T Mobility, LLC, d/b/a Cingular Wireless*

William P. Atkins
Christopher K. Dorsey
PILLSBURY WINTHROP SHAW PITTMAN LLC
1650 Tysons Blvd.
McLean, VA 22102-4859
william.atkins@pillsburylaw.com
christopher.dorsey@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility, LLC, d/b/a Cingular Wireless*

David C. Doyle
M. Andrew Woodmansee
Gregory W. Reilly
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Ste 100
San Diego, CA 92140
ddoyle@mofo.com
mawoodmansee@mofo.com
greilly@mofo.com
*Attorneys for Defendant Kyocera Wireless Corp.*

| | |
|---|---|
| John W. Shaw<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com<br>*Attorneys for Defendant Motorola Inc.* | Russell E. Levine<br>Michael P. Bregenzer<br>Margaret M. Dolan<br>Michelle Skinner<br>KIRKLAND & ELLIS LLP<br>200 E. Randolph Street, Suite 5400<br>Chicago, IL 60601<br>KirklandFlashpoint@kirkland.com<br>*Attorneys for Defendant Motorola Inc.* |
| John M. Desmarais<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4611<br>KirklandFlashpoint@kirkland.com<br>*Attorneys for Defendant Motorola Inc.* | Jeffrey L. Moyer<br>Steven J. Fineman<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19899<br>moyer@rlf.com<br>fineman@rlf.com<br>*Attorneys for Defendant Nokia, Inc. and Nokia Corp.* |
| Frederick L. Cottrell, III<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19899<br>cottrell@rlf.com<br>gaza@rlf.com<br>*Attorneys for Defendant Sprint Spectrum L.P., d/b/a Sprint PCS* | Mark M. Supko<br>Brian M. Koide<br>Jennifer Burdman<br>Leslie J. Gogan<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 2004-2595<br>msupko@crowell.com<br>bkoide@crowell.com<br>jburdman@crowell.com<br>lgogan@crowell.com<br>*Attorneys for Defendant Sprint Spectrum L.P., d/b/a Sprint PCS* |
| Arthur G. Connolly, III<br>CONNOLLY, BOVE, LODGE & HUTZ<br>1007 North Orange Street<br>Wilmington, DE 19899<br>aconnollyIII@cblh.com<br>*Attorneys for Defendant<br>T-Mobile USA, Inc.* | Ramsey M. Al-Salam<br>Ryan J. McBrayer<br>PERKINS COIE LLP<br>1201 Third Avenue, Ste 4800<br>Seattle, WA 98101<br>RAlSalam@perkinscoie.com<br>RMcBrayer@perkinscoie.com<br>*Attorneys for Defendant<br>T-Mobile USA, Inc.* |

Richard K. Hermann
MORRIS JAMES LLP
500 Delaware Ave., Ste 1500
Wilmington, DE 19801-1494
rherrmann@morrisjames.com
*Attorneys for Defendants*
*LG Electronics USA, Inc. and*
*LG Electronics USA, Inc.*

Peter H. Kang
Theodore W. Chandler
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
pkang@sidley.com
tchandler@sidley.com
*Attorneys for Defendants*
*LG Electronics USA, Inc. and*
*LG Electronics USA, Inc.*

Michael M. Markman
Daniel N. Kassabian
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94194-2878
Michael.Markman@hellerehrman.com
Daniel.kassabian@hellerehrman.com
*Attorneys for Defendant Palm, Inc.*

James P. Bradley
Li Chen
Tung T. Nguyen
SIDLEY AUSTIN LLP
717 N. Hardwood, Suite 3400
Dallas, TX 75201
jbradley@sidley.com
lchen@sidley.com
tnguyen@sidley.com
*Attorneys for Defendants*
*LG Electronics USA, Inc. and*
*LG Electronics USA, Inc.*

Rex A. Donnelly, IV
Joanne Ceballos
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE 19801-1231
radonnelly@ratnerprestia.com
jceballos@ratnerprestia.com
*Attorneys for Defendant Palm, Inc.*

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendant Cellco Partnership,*
*d/b/a Verizon Wireless*

James H. Wallace, Jr.
Kevin P. Anderson
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
jwallace@wileyrein.com
kanderson@wileyrein.com
*Attorneys for Defendant Cellco Partnership,*
*d/b/a Verizon Wireless*

Peter J. Chassman
Shane A. Nelson
Joshua S. Wyde
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX  77002
ChassmanP@howrey.com
NelsonS@howrey.com
Wyde@howrey.com
*Attorneys for Defendants Research in*
*Motion Corp. and Research in Motion Ltd.*

Stuart Lubitz
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
slubitz@hhlaw.com
*Attorneys for Defendants*
*HTC America, Inc. and HTC Corp.*

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

858296 / 32891/32946

5