## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AT&T MOBILITY, LLC, D/B/A CINGULAR | ) |
| WIRELESS, HTC AMERICA, INC., HTC CORP., | ) |
| KYOCERA WIRELESS CORP., KYOCERA | ) |
| CORP., LG ELECTRONICS USA, INC., | )   C.A. No. 08-140-GMS |
| LG ELECTRONICS, INC., MOTOROLA, INC., | ) |
| NOKIA, INC., NOKIA CORP., PALM, INC., | )   **JURY TRIAL DEMANDED** |
| RESEARCH IN MOTION CORP., | ) |
| RESEARCH IN MOTION LTD., | ) |
| SPRINT SPECTRUM L.P., D/B/A SPRINT PCS, | ) |
| T-MOBILE USA, INC., and | ) |
| CELLCO PARTNERSHIP, D/B/A VERIZON | ) |
| WIRELESS, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT HTC CORP.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant HTC Corp. hereby submits its corporate disclosure statement. HTC Corp. discloses that it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Richard de Bodo
David H. Ben-Meir
Huan-Yi Lin
HOGAN & HARTSON LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600

Dated: June 2, 2208
867402 / 32891

By:  */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant HTC Corp.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 2, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on June 2, 2008, the attached document was Electronically Mailed to

the following person(s):

David E. Margules
Evan Olin Williford
BOUCHARD MARGULES &
FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for Plaintiff FlashPoint
Technology, Inc.*

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
James R. Hail
Nathan R. Lindell
COUGHLIN STOIA GELLER RUDMAN
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101
patc@csgrr.com
miked@csgrr.com
rmandlekar@csgrr.com
jimh@csgrr.com
nlindell@csgrr.com
*Attorneys for Plaintiff FlashPoint
Technology, Inc.*

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com
zinnam@wardolivo.com
*Attorneys for Plaintiff FlashPoint*
*Technology, Inc.*

Samuel E. Stubbs
PILLSBURY WINTHROP SHAW
PITTMAN LLC
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
sam.stubbs@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility,*
*LLC, d/b/a Cingular Wireless*

Josy W. Ingersoll
John W. Shaw
Karen E. Keller
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com
*Attorneys for Defendant Kyocera Wireless*
*Corp.*

John W. Shaw
Karen E. Keller
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jshaw@ycst.com
kkeller@ycst.com
*Attorneys for Defendant AT&T Mobility, LLC,*
*d/b/a Cingular Wireless*

William P. Atkins
Christopher K. Dorsey
PILLSBURY WINTHROP SHAW
PITTMAN LLC
1650 Tysons Blvd.
McLean, VA 22102-4859
william.atkins@pillsburylaw.com
christopher.dorsey@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility, LLC,*
*d/b/a Cingular Wireless*

David C. Doyle
M. Andrew Woodmansee
Gregory W. Reilly
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Ste 100
San Diego, CA 92140
ddoyle@mofo.com
mawoodmansee@mofo.com
greilly@mofo.com
*Attorneys for Defendant Kyocera Wireless Corp.*

John W. Shaw
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jshaw@ycst.com
*Attorneys for Defendant Motorola Inc.*

John M. Desmarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
KirklandFlashpoint@kirkland.com
*Attorneys for Defendant Motorola Inc.*

Frederick L. Cottrell, III
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Defendant Sprint Spectrum
L.P., d/b/a Sprint PCS*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
Wilmington, DE 19899
aconnollyIII@cblh.com
*Attorneys for Defendant
T-Mobile USA, Inc.*

Russell E. Levine
Michael P. Bregenzer
Margaret M. Dolan
Michelle Skinner
KIRKLAND & ELLIS LLP
200 E. Randolph Street, Suite 5400
Chicago, IL 60601
KirklandFlashpoint@kirkland.com
*Attorneys for Defendant Motorola Inc.*

Jeffrey L. Moyer
Steven J. Fineman
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19899
moyer@rlf.com
fineman@rlf.com
*Attorneys for Defendant Nokia, Inc. and
Nokia Corp.*

Mark M. Supko
Brian M. Koide
Jennifer Burdman
Leslie J. Gogan
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2595
msupko@crowell.com
bkoide@crowell.com
jburdman@crowell.com
lgogan@crowell.com
*Attorneys for Defendant Sprint Spectrum L.P.,
d/b/a Sprint PCS*

Ramsey M. Al-Salam
Ryan J. McBrayer
PERKINS COIE LLP
1201 Third Avenue, Ste 4800
Seattle, WA 98101
RAlSalam@perkinscoie.com
RMcBrayer@perkinscoie.com
*Attorneys for Defendant
T-Mobile USA, Inc.*

Richard K. Hermann
MORRIS JAMES LLP
500 Delaware Ave., Ste 1500
Wilmington, DE 19801-1494
rherrmann@morrisjames.com
*Attorneys for Defendants*
*LG Electronics USA, Inc. and*
*LG Electronics USA, Inc.*

James P. Bradley
Li Chen
Tung T. Nguyen
SIDLEY AUSTIN LLP
717 N. Hardwood, Suite 3400
Dallas, TX 75201
jbradley@sidley.com
lchen@sidley.com
tnguyen@sidley.com
*Attorneys for Defendants*
*LG Electronics USA, Inc. and*
*LG Electronics USA, Inc.*

Peter H. Kang
Theodore W. Chandler
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
pkang@sidley.com
tchandler@sidley.com
*Attorneys for Defendants*
*LG Electronics USA, Inc. and*
*LG Electronics USA, Inc.*

Rex A. Donnelly, IV
Joanne Ceballos
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE 19801-1231
radonnelly@ratnerprestia.com
jceballos@ratnerprestia.com
*Attorneys for Defendant Palm, Inc.*

Michael M. Markman
Daniel N. Kassabian
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94194-2878
Michael.Markman@hellerehrman.com
Daniel.kassabian@hellerehrman.com
*Attorneys for Defendant Palm, Inc.*

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendant Cellco Partnership,*
*d/b/a Verizon Wireless*

4

James H. Wallace, Jr.
Kevin P. Anderson
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
jwallace@wileyrein.com
kanderson@wileyrein.com
*Attorneys for Defendant Cellco Partnership,
d/b/a Verizon Wireless*

Peter J. Chassman
Shane A. Nelson
Joshua S. Wyde
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
ChassmanP@howrey.com
NelsonS@howrey.com
Wyde@howrey.com
*Attorneys for Defendants Research in
Motion Corp. and Research in Motion Ltd.*

Stuart Lubitz
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
slubitz@hhlaw.com
*Attorneys for Defendants
HTC America, Inc. and HTC Corp.*

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

858296 / 32891/32946