IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., <br> Plaintiff, <br> v. <br><br> AT&T MOBILITY, LLC (d/b/a CINGULAR WIRELESS), HTC AMERICA, INC., HTC CORP., KYOCERA WIRELESS CORP., KYOCERA CORP., LG ELECTRONICS USA, INC., LG ELECTRONICS, INC., MOTOROLA, INC., NOKIA, INC., NOKIA CORP., PALM, INC., RESEARCH IN MOTION CORP., RESEARCH IN MOTION LTD., SPRINT SPECTRUM L.P. (d/b/a SPRINT PCS), T-MOBILE USA, INC. and CELLCO PARTNERSHIP (d/b/a VERIZON WIRELESS), <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08-140-GMS <br><br> JURY TRIAL DEMANDED |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert F. Perry, Alexas D. Skucas and Allison H. Altersohn to represent Defendant, Nokia, Inc. in this matter.

OF COUNSEL:
Robert F. Perry
Alexas D. Skucas
Allison H. Altersohn
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Dated: June 4, 2008

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants Nokia, Inc.*

IT IS SO ORDERED this _____ day of June, 2008.

_____
U.S. District Judge

RLF1-3289224-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Northern, Southern and Eastern Districts of New York, District of New Jersey, and the Northern District of California, as well as the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Robert F. Perry
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

DATE: June 2, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Southern and Eastern Districts of New York and the District of New Jersey, as well as the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Alexas D. Skucas
Alexas D. Skucas
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

DATE: June 2, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Southern and Eastern Districts of New York and the District of New Jersey, as well as the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Allison H. Altersohn*
Allison H. Altersohn
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

DATE: June 2, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, hereby certify that on June 4, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted

**BY HAND DELIVERY and E-MAIL:**

David E. Margules, Esquire
Evan Olin Williford, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY E-MAIL:**

John F. Ward, Esquire
John W. Olivo, Jr., Esquire
David M. Hill, Esquire
Michael J. Zinna, Esquire
Ward & Olivo, Esquire
380 Madison Avenue
New York, NY 10017

David C. Doyle, Esquire
M. Andrew Woodmansee, Esquire
Greg Reilly, Esquire
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92140

Patrick J. Coughlin, Esquire
Michael J. Dowd, Esquire
Rajesh Arun Mandlekar, Esquire
Coughlin Stoia Geller Rudman Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19801

Peter J. Chassman, Esquire
Shane A. Nelson, Esquire
Joshua S. Wyde, Esquire
Howrey LLP
1111 Louisiana, 25th Floor
Houston, TX 77002

Ramsey M. Al-Salam, Esquire
Ryan J. McBrayer, Esquire
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Stuart Lubitz, Esquire
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

RLF1-3289248-1

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Lauren E. Maguire, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE  19899 | Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza - Sixth Floor<br>1313 North Market Street<br>P. O. Box 951<br>Wilmington, DE  19899-0951 |
| Richard K. Herrmann, Esquire<br>Morris James LLP, Esquire<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | James H. Wallace, Jr., Esquire<br>Kevin P. Anderson, Esquire<br>Wiley Rein LLP<br>1776 K Street, NW<br>Washington, DE  20006 |

/s/ Jeffrey L. Moyer (#3309)