**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION § CORP., RESEARCH IN MOTION LTD., SPRINT § SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § USA, INC., and CELLCO PARTNERSHIP, D/B/A § VERIZON WIRELESS, § § Defendants. § | C.A. No. 08-140-GMS  **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL OF DEFENDANT KYOCERA CORP.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff FlashPoint Technology, Inc. hereby dismisses this action as to defendant Kyocera Corp. This Notice of Dismissal is being filed before service by Kyocera Corp. of any answer or motion for summary judgment and is without prejudice.

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Rajesh Arun Mandlekar<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY  10017<br>(212) 697-6262<br><br>Dated: June 10, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware<br>(302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for plaintiff Flashpoint Technology, Inc.* |

## CERTIFICATE OF SERVICE

  I, Evan O. Williford, hereby certify that on June 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Notice of Dismissal of Defendant Kyocera Corp.** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

> Jeffrey L. Moyer, Esquire
> Steven J. Fineman, Esquire
> Richards Layton & Finger
> One Rodney Square
> Wilmington, DE 19801
>  *Attorneys for Defendants Nokia, Inc. and*
>  *Nokia Corp.*
>
> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire
> Karen E. Keller, Esquire
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
>  *Attorneys for Defendant Kyocera Wireless Corp.,*
>  *AT&T Mobility LLC and Motorola, Inc.*
>
> Arthur G. Connolly, III, Esquire
> Connolly Bove Lodge & Hutz
> 1007 North Orange Street
> Wilmington, DE 19899
>  *Attorneys for Defendant T-Mobile USA Inc.*
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19801
>  *Attorneys for Defendants HTC America, Inc.,*
>  *HTC Corp., Research in Motion Corp. and Research*
>  *in Motion Ltd.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
  *Attorneys for Defendant Sprint Spectrum*
 *d/b/a Sprint PCS*

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
  *Attorneys for Defendant Cellco Partnership*
 *d/b/a Verizon Wireless*

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
  *Attorneys for Defendant LG Electronics USA, Inc.*

Rex A. Donnelly, IV, Esquire
Joanne Ceballos, Esquire
Ratner Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
  *Attorneys for Defendant Palm, Inc.*


/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*