IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC, D/B/A CINGULAR<br>    WIRELESS,<br>HTC AMERICA, INC.,<br>HTC CORP.,<br>KYOCERA WIRELESS CORP.,<br>KYOCERA CORP.,<br>LG ELECTRONICS USA, INC.,<br>LG ELECTRONICS, INC.,<br>MOTOROLA, INC.,<br>NOKIA, INC.,<br>NOKIA CORP.,<br>PALM, INC.,<br>RESEARCH IN MOTION CORP.,<br>RESEARCH IN MOTION LTD.,<br>SPRINT SPECTRUM L.P., D/B/A SPRINT PCS,<br>T-MOBILE USA, INC., AND<br>CELLCO PARTNERSHIP, D/B/A VERIZON<br>    WIRELESS,<br><br>Defendants. | CIVIL ACTION NO. 08-140-GMS<br><br>JURY TRIAL DEMANDED |

**DEFENDANT LG ELECTRONICS, INC.'S
CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LG Electronics, Inc. discloses that it has no parent corporation. LG Electronics, Inc. further states that LG Corp., a publicly traded corporation, owns more than 10% of LG Electronics, Inc.'s stock. LG Electronics, Inc. also states that Mirae Asset Investment Management Co., Ltd. owns approximately 9-10% of LG Electronics, Inc.'s stock.

| | |
|---|---|
| Dated:   June 11, 2008 | */s/ Richard K. Herrmann* |
| | Richard K. Herrmann (ID No. 405) |
| | **MORRIS JAMES LLP** |
| | 500 Delaware Ave, Ste 1500 |
| | Wilmington, DE 19801-1494 |
| | (302) 888-6816 |
| | Email: rherrmann@morrisjames.com |
| | |
| | OF COUNSEL: |
| | |
| | James P. Bradley |
| | Email:  jbradley@sidley.com |
| | Li Chen |
| | Email: lchen@sidley.com |
| | Tung T. Nguyen |
| | Email: tnguyen@sidley.com |
| | **SIDLEY AUSTIN LLP** |
| | 717 N. Harwood, Suite 3400 |
| | Dallas, Texas 75201 |
| | Tel: (214) 981-3300 |
| | Fax: (214) 981-3400 |
| | |
| | Peter H. Kang |
| | Email:  pkang@sidley.com |
| | Theodore W. Chandler |
| | Email:  tchandler@sidley.com |
| | **SIDLEY AUSTIN LLP** |
| | 555 California Street |
| | San Francisco, CA 94104 |
| | Tel: (415) 772-1200 |
| | Fax: (415) 772-7400 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **LG ELECTRONICS, INC.** |