**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AT&T MOBILITY, LLC, D/B/A CINGULAR § <br> WIRELESS, HTC AMERICA, INC., HTC CORP., § <br> KYOCERA WIRELESS CORP., KYOCERA CORP., § <br> LG ELECTRONICS USA, INC., LG ELECTRONICS, § <br> INC., MOTOROLA, INC., NOKIA, INC., NOKIA § <br> CORP., PALM, INC., RESEARCH IN MOTION § <br> CORP., RESEARCH IN MOTION LTD., SPRINT § <br> SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § <br> USA, INC., and CELLCO PARTNERSHIP, D/B/A § <br> VERIZON WIRELESS, § <br> § <br> Defendants § | C.A. No. 08-140-GMS <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION REGARDING PLAINTIFF'S AMENDED REPLY
TO RESEARCH IN MOTION LTD.'S COUNTERCLAIMS**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiff FlashPoint Technology, Inc. ("FlashPoint") and defendant Research in Motion Ltd. ("RIM Ltd."), pursuant to Federal Rule of Civil Procedure 15(a), that FlashPoint may amend paragraph 9 of its Reply to the Counterclaims of RIM Ltd. (D.I. 73) (the "Reply") to specify that it does not presently assert that RIM Ltd. infringes any claim of certain specified patents. Flashpoint's amended Reply is attached hereto as Exhibit A; a blackline version is attached hereto as Exhibit B.

The amended Reply is deemed filed and served as of today's date.

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>James R. Hail<br>Nathan R. Lindell<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212) 697-6262 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>   *Attorneys for Plaintiff Flashpoint Technology, Inc.* |
| Peter J. Chassman<br>Shane A. Nelson<br>Joshua S. Wyde<br>HOWREY LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002<br>(713) 787-1623 | /s/ David E. Moore<br>Richard L. Horwitz (I.D. No. 2246)<br>David E. Moore (I.D. No. 3983)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>   *Attorneys for Defendant Research in Motion Ltd.* |

Dated: June 13, 2008

**CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on June 13, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Stipulation Regarding Plaintiff's Amended Reply to Research in Motion Ltd.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

> Jeffrey L. Moyer, Esquire
> Steven J. Fineman, Esquire
> Richards Layton & Finger
> One Rodney Square
> Wilmington, DE 19801
>   *Attorneys for Defendants Nokia, Inc. and*
>   *Nokia Corp.*
>
> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire
> Karen E. Keller, Esquire
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
>   *Attorneys for Defendant Kyocera Wireless Corp.,*
>   *AT&T Mobility LLC and Motorola, Inc.*
>
> Arthur G. Connolly, III, Esquire
> Connolly Bove Lodge & Hutz
> 1007 North Orange Street
> Wilmington, DE 19899
>   *Attorneys for Defendant T-Mobile USA Inc.*
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19801
>   *Attorneys for Defendants HTC America, Inc.,*
>   *HTC Corp., Research in Motion Corp. and Research*
>   *in Motion Ltd.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
 *Attorneys for Defendant Sprint Spectrum*
 *d/b/a Sprint PCS*

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
 *Attorneys for Defendant Cellco Partnership*
 *d/b/a Verizon Wireless*

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
 *Attorneys for Defendant LG Electronics USA, Inc.*

Rex A. Donnelly, IV, Esquire
Joanne Ceballos, Esquire
Ratner Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
 *Attorneys for Defendant Palm, Inc.*


/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
 *Attorneys for plaintiff Flashpoint Technology, Inc.*

# Exhibit

# A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION § CORP., RESEARCH IN MOTION LTD., SPRINT § SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § USA, INC., and CELLCO PARTNERSHIP, D/B/A § VERIZON WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

**PLAINTIFF'S AMENDED REPLY TO
RESEARCH IN MOTION LTD.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of Research In Motion Ltd.'s ("RIM Ltd.") Counterclaims as follows:

**PARTIES**

1. Upon information and belief, admitted.

2. Admitted.

**JURISDICTION AND VENUE**

3. Admitted that RIM Ltd. purports to state a counterclaim for invalidity and non-infringement of the patents-in-suit, that this Court has subject matter jurisdiction over RIM Ltd.'s counterclaims pursuant to 28 U.S.C. §§ 2201-2202, 1331 and 1338, that a real, immediate and justiciable controversy exists between RIM Ltd. and FlashPoint relating to the validity of one or

more of the patents-in-suit and the infringement of one or more claims of the patents-in-suit by RIM Ltd., and that RIM Ltd. has infringed one or more claims of the patents-in-suit, but otherwise denied.

    4.    Admitted.

## COUNT 1: DECLARATORY JUDGMENT OF PATENT INVALIDITY

    5.    FlashPoint incorporates the replies set forth to Paragraphs 1-4 as if fully set forth herein.

    6.    Denied.

    7.    Admitted.

## COUNT 2: DECLARATORY JUDGMENT OF NON-INFRINGEMENT

    8.    FlashPoint incorporates the replies set forth to Paragraphs 1-7 as if fully set forth herein.

    9.    Admitted that, although FlashPoint is still investigating the matter, it does not presently assert that RIM Ltd. infringes any claim of the '480, '956, '538, '316, '914, and '575 patents, but otherwise denied.

    10.    Admitted.

## COUNT 3: ATTORNEY FEES AND COSTS

    11.    FlashPoint incorporates the replies set forth to Paragraphs 1-10 as if fully set forth herein.

    12.    Denied.

## JURY DEMAND

    13.    No response to Paragraph 13 is required.

**PRAYER FOR RELIEF**

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against RIM Ltd. as follows:

    A.    That RIM Ltd. takes nothing by its Counterclaims;

    B.    That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

    C.    Any and all further relief for Plaintiff as the Court may deem just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues.

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>James R. Hail<br>Nathan R. Lindell<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212) 697-6262<br><br>Dated: June 13, 2008 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for Plaintiff Flashpoint Technology, Inc.* |

# Exhibit

# B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § § Plaintiff, § § v. § § AT&T MOBILITY, LLC, D/B/A CINGULAR § WIRELESS, HTC AMERICA, INC., HTC CORP., § KYOCERA WIRELESS CORP., KYOCERA CORP., § LG ELECTRONICS USA, INC., LG ELECTRONICS, § INC., MOTOROLA, INC., NOKIA, INC., NOKIA § CORP., PALM, INC., RESEARCH IN MOTION § CORP., RESEARCH IN MOTION LTD., SPRINT § SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § USA, INC., and CELLCO PARTNERSHIP, D/B/A § VERIZON WIRELESS, § § Defendants § | C.A. No. 08-140-GMS **JURY TRIAL DEMANDED** |

**PLAINTIFF'S AMENDED REPLY TO
RESEARCH IN MOTION LTD.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of Research In Motion Ltd.'s ("RIM Ltd.") Counterclaims as follows:

**PARTIES**

1. Upon information and belief, admitted.

2. Admitted.

**JURISDICTION AND VENUE**

3. Admitted that RIM Ltd. purports to state a counterclaim for invalidity and non-infringement of the patents-in-suit, that this Court has subject matter jurisdiction over RIM Ltd.'s counterclaims pursuant to 28 U.S.C. §§ 2201-2202, 1331 and 1338, that a real, immediate and justiciable controversy exists between RIM Ltd. and FlashPoint relating to the validity of one or

more of the patents-in-suit and the infringement of one or more claims of the patents-in-suit by RIM Ltd., and that RIM Ltd. has infringed one or more claims of the patents-in-suit, but otherwise denied.

4. Admitted.

**COUNT 1: DECLARATORY JUDGMENT OF PATENT INVALIDITY**

5. FlashPoint incorporates the replies set forth to Paragraphs 1-4 as if fully set forth herein.

6. Denied.

7. Admitted.

**COUNT 2: DECLARATORY JUDGMENT OF NON-INFRINGEMENT**

8. FlashPoint incorporates the replies set forth to Paragraphs 1-7 as if fully set forth herein.

9. Admitted that, although FlashPoint is still investigating the matter, it does not presently assert that RIM Ltd. infringes any claim of the '480, '956, '538, '316, '914, and '575 patents, but otherwise denied.

10. Admitted.

**COUNT 3: ATTORNEY FEES AND COSTS**

11. FlashPoint incorporates the replies set forth to Paragraphs 1-10 as if fully set forth herein.

12. Denied.

**JURY DEMAND**

13. No response to Paragraph 13 is required.

*Deleted: 9. Denied.*

{BMF-W0097955.}

- 2 -

*Deleted: {BMF-W0095354.}*

**PRAYER FOR RELIEF**

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against RIM Ltd. as follows:

    A.    That RIM Ltd. takes nothing by its Counterclaims;

    B.    That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

    C.    Any and all further relief for Plaintiff as the Court may deem just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues.

| | |
|---|---|
| Patrick J. Coughlin<br>Michael J. Dowd<br>Ray Arun Mandlekar<br>James R. Hail<br>Nathan R. Lindell<br>COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>John F. Ward<br>John W. Olivo, Jr.<br>David M. Hill<br>Michael J. Zinna<br>WARD & OLIVO<br>380 Madison Avenue<br>New York, NY 10017<br>(212) 697-6262 | /s/ Evan O. Williford<br>David J. Margules (I.D. No. 2254)<br>Evan O. Williford (I.D. No. 4162)<br>BOUCHARD MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>dmargules@bmf-law.com<br>ewilliford@bmf-law.com<br>  *Attorneys for Plaintiff Flashpoint Technology, Inc.* |

Dated: June 13, 2008    **Deleted:** May 20

{BMF-W0097955.}    - 3 -    **Deleted:** {BMF-W0095354.}