**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-140-GMS |
| | § | |
| AT&T MOBILITY, LLC, D/B/A CINGULAR | § | **JURY TRIAL DEMANDED** |
| WIRELESS, HTC AMERICA, INC., HTC CORP., | § | |
| KYOCERA WIRELESS CORP., KYOCERA CORP., | § | |
| LG ELECTRONICS USA, INC., LG ELECTRONICS, | § | |
| INC., MOTOROLA, INC., NOKIA, INC., NOKIA | § | |
| CORP., PALM, INC., RESEARCH IN MOTION | § | |
| CORP., RESEARCH IN MOTION LTD., SPRINT | § | |
| SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE | § | |
| USA, INC., and CELLCO PARTNERSHIP, D/B/A | § | |
| VERIZON WIRELESS, | § | |
| | § | |
| Defendants | § | |

**STIPULATION REGARDING PLAINTIFF'S AMENDED REPLY
TO RESEARCH IN MOTION CORP.'S COUNTERCLAIMS**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

plaintiff FlashPoint Technology, Inc. ("FlashPoint") and defendant Research in Motion

Corp. ("RIM Corp."), pursuant to Federal Rule of Civil Procedure 15(a), that FlashPoint

may amend paragraph 9 of its Reply to the Counterclaims of RIM Corp. (D.I. 72) (the

"Reply") to specify that it does not presently assert that RIM Corp. infringes any claim of

certain specified patents.  Flashpoint's amended Reply is attached hereto as Exhibit A; a

blackline version is attached hereto as Exhibit B.

The amended Reply is deemed filed and served as of today's date.

/s/ Evan O. Williford
_____

Patrick J. Coughlin
Michael J. Dowd
Ray Arun Mandlekar
James R. Hail
Nathan R. Lindell
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
(212) 697-6262

David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for Plaintiff Flashpoint Technology, Inc.*

/s/ David E. Moore
_____

Peter J. Chassman
Shane A. Nelson
Joshua S. Wyde
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
(713) 787-1623

Richard L. Horwitz (I.D. No. 2246)
David E. Moore (I.D. No. 3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
  *Attorneys for Defendant Research in Motion Corp.*

Dated: June 13, 2008

## <u>CERTIFICATE OF SERVICE</u>

I, Evan O. Williford, hereby certify that on June 13, 2008, I caused to be

electronically filed a true and correct copy of the foregoing document – **Stipulation**

**Regarding Plaintiff's Amended Reply to Research in Motion Corp.'s Counterclaims**

– with the Clerk of Court using CM/ECF which will send notification of such filing to the

following local counsel for defendants:

Jeffrey L. Moyer, Esquire
Steven J. Fineman, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
  *Attorneys for Defendants Nokia, Inc. and*
  *Nokia Corp.*

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
  *Attorneys for Defendant Kyocera Wireless Corp.,*
  *AT&T Mobility LLC and Motorola, Inc.*

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19899
  *Attorneys for Defendant T-Mobile USA Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendants HTC America, Inc.,*
  *HTC Corp., Research in Motion Corp. and Research*
  *in Motion Ltd.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
  *Attorneys for Defendant Sprint Spectrum*
*d/b/a Sprint PCS*

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
  *Attorneys for Defendant Cellco Partnership*
*d/b/a Verizon Wireless*

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
  *Attorneys for Defendant LG Electronics USA, Inc.*

Rex A. Donnelly, IV, Esquire
Joanne Ceballos, Esquire
Ratner Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
  *Attorneys for Defendant Palm, Inc.*


/s/ Evan O. Williford
_____
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

# Exhibit

# A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-140-GMS |
| | § | |
| AT&T MOBILITY, LLC, D/B/A CINGULAR | § | **JURY TRIAL DEMANDED** |
| WIRELESS, HTC AMERICA, INC., HTC CORP., | § | |
| KYOCERA WIRELESS CORP., KYOCERA CORP., | § | |
| LG ELECTRONICS USA, INC., LG ELECTRONICS, | § | |
| INC., MOTOROLA, INC., NOKIA, INC., NOKIA | § | |
| CORP., PALM, INC., RESEARCH IN MOTION | § | |
| CORP., RESEARCH IN MOTION LTD., SPRINT | § | |
| SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE | § | |
| USA, INC., and CELLCO PARTNERSHIP, D/B/A | § | |
| VERIZON WIRELESS, | § | |
| | § | |
| Defendants | § | |

**PLAINTIFF'S AMENDED REPLY TO
RESEARCH IN MOTION CORP.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of Research In Motion Corp.'s ("RIM Corp.") Counterclaims as follows:

**PARTIES**

1.      Upon information and belief, admitted.

2.      Admitted.

**JURISDICTION AND VENUE**

3.      Admitted that RIM Corp. purports to state a counterclaim for invalidity and non-infringement of the patents-in-suit, that this Court has subject matter jurisdiction over RIM Corp.'s counterclaims pursuant to 28 U.S.C. §§ 2201-2202, 1331 and 1338, that a real, immediate and justiciable controversy exists between RIM Corp. and FlashPoint relating to the

validity of one or more of the patents-in-suit and the infringement of one or more claims of the patents-in-suit by RIM Corp., and that RIM Corp. has infringed one or more claims of the patents-in-suit, but otherwise denied.

4.     Admitted.

## COUNT 1: DECLARATORY JUDGMENT OF PATENT INVALIDITY

5.     FlashPoint incorporates the replies set forth to Paragraphs 1-4 as if fully set forth herein.

6.     Denied.

7.     Admitted.

## COUNT 2: DECLARATORY JUDGMENT OF NON-INFRINGEMENT

8.     FlashPoint incorporates the replies set forth to Paragraphs 1-7 as if fully set forth herein.

9.     Admitted that, although FlashPoint is still investigating the matter, it does not presently assert that RIM Corp. infringes any claim of the '480, '956, '538, '316, '914, and '575 patents, but otherwise denied.

10.     Admitted.

## COUNT 3: ATTORNEY FEES AND COSTS

11.     FlashPoint incorporates the replies set forth to Paragraphs 1-10 as if fully set forth herein.

12.     Denied.

## JURY DEMAND

13.     No response to Paragraph 13 is required.

## PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against RIM Corp. as follows:

A.     That RIM Corp. takes nothing by its Counterclaims;

B.     That the Court award Plaintiff costs and attorneys' fees incurred in defending against these Counterclaims; and

C.     Any and all further relief for Plaintiff as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.


Patrick J. Coughlin
Michael J. Dowd
Ray Arun Mandlekar
James R. Hail
Nathan R. Lindell
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
(212) 697-6262

Dated:  June 13, 2008

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone:  (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
 *Attorneys for Plaintiff Flashpoint Technology, Inc.*

# Exhibit

# B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-140-GMS |
| | § | |
| AT&T MOBILITY, LLC, D/B/A CINGULAR | § | **JURY TRIAL DEMANDED** |
| WIRELESS, HTC AMERICA, INC., HTC CORP., | § | |
| KYOCERA WIRELESS CORP., KYOCERA CORP., | § | |
| LG ELECTRONICS USA, INC., LG ELECTRONICS, | § | |
| INC., MOTOROLA, INC., NOKIA, INC., NOKIA | § | |
| CORP., PALM, INC., RESEARCH IN MOTION | § | |
| CORP., RESEARCH IN MOTION LTD., SPRINT | § | |
| SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE | § | |
| USA, INC., and CELLCO PARTNERSHIP, D/B/A | § | |
| VERIZON WIRELESS, | § | |
| | § | |
| Defendants | § | |

**PLAINTIFF'S <span style="color:red">AMENDED</span> REPLY TO
RESEARCH IN MOTION CORP.'S COUNTERCLAIMS**

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph

of Research In Motion Corp.'s ("RIM Corp.") Counterclaims as follows:

**PARTIES**

1.      Upon information and belief, admitted.

2.      Admitted.

**JURISDICTION AND VENUE**

3.      Admitted that RIM Corp. purports to state a counterclaim for invalidity and non-

infringement of the patents-in-suit, that this Court has subject matter jurisdiction over RIM

Corp.'s counterclaims pursuant to 28 U.S.C. §§ 2201-2202, 1331 and 1338, that a real,

immediate and justiciable controversy exists between RIM Corp. and FlashPoint relating to the

**Deleted:** {BMF-W0095356.}

{BMF-W0097952.}

validity of one or more of the patents-in-suit and the infringement of one or more claims of the patents-in-suit by RIM Corp., and that RIM Corp. has infringed one or more claims of the patents-in-suit, but otherwise denied.

4.    Admitted.

### COUNT 1: DECLARATORY JUDGMENT OF PATENT INVALIDITY

5.    FlashPoint incorporates the replies set forth to Paragraphs 1-4 as if fully set forth herein.

6.    Denied.

7.    Admitted.

### COUNT 2: DECLARATORY JUDGMENT OF NON-INFRINGEMENT

8.    FlashPoint incorporates the replies set forth to Paragraphs 1-7 as if fully set forth herein.

9.    Admitted that, although FlashPoint is still investigating the matter, it does not presently assert that RIM Corp. infringes any claim of the '480, '956, '538, '316, '914, and '575 patents, but otherwise denied.

**Deleted:** Denied

10.    Admitted.

### COUNT 3: ATTORNEY FEES AND COSTS

11.    FlashPoint incorporates the replies set forth to Paragraphs 1-10 as if fully set forth herein.

12.    Denied.

### JURY DEMAND

13.    No response to Paragraph 13 is required.

**Deleted:** {BMF-W0095356.}

**PRAYER FOR RELIEF**

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully

requests a judgment as follows against RIM Corp. as follows:

A.      That RIM Corp. takes nothing by its Counterclaims;

B.      That the Court award Plaintiff costs and attorneys' fees incurred in defending

against these Counterclaims; and

C.      Any and all further relief for Plaintiff as the Court may deem just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues.

Patrick J. Coughlin                    /s/ Evan O. Williford
Michael J. Dowd                        David J. Margules (I.D. No. 2254)
Ray Arun Mandlekar                     Evan O. Williford (I.D. No. 4162)
James R. Hail                          BOUCHARD MARGULES & FRIEDLANDER, P.A.
Nathan R. Lindell                      222 Delaware Avenue, Suite 1400
COUGHLIN STOIA GELLER                  Wilmington, DE 19801
RUDMAN & ROBBINS LLP                   Telephone:  (302) 573-3500
655 West Broadway, Suite 1900          dmargules@bmf-law.com
San Diego, CA 92101                    ewilliford@bmf-law.com
(619) 231-1058                          *Attorneys for Plaintiff Flashpoint Technology, Inc.*

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212) 697-6262

Dated:  June 13, 2008                                          Deleted: May  20

                                                              Deleted: {BMF-W0095356.}

{BMF-W0097952.}  3