**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-140-GMS |
| | § | |
| AT&T MOBILITY, LLC, D/B/A CINGULAR | § | **JURY TRIAL DEMANDED** |
| WIRELESS, HTC AMERICA, INC., HTC CORP., | § | |
| KYOCERA WIRELESS CORP., KYOCERA CORP., | § | |
| LG ELECTRONICS USA, INC., LG ELECTRONICS, | § | |
| INC., MOTOROLA, INC., NOKIA, INC., NOKIA | § | |
| CORP., PALM, INC., RESEARCH IN MOTION | § | |
| CORP., RESEARCH IN MOTION LTD., SPRINT | § | |
| SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE | § | |
| USA, INC., and CELLCO PARTNERSHIP, D/B/A | § | |
| VERIZON WIRELESS, | § | |
| | § | |
| Defendants | § | |

## PLAINTIFF'S REPLY TO HTC CORP.'S COUNTERCLAIMS

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of HTC Corp.'s ("HTC Corp.") Counterclaims as follows:

## PARTIES

1.      Upon information and belief, admitted.

2.      Upon information and belief, admitted.

3.      Admitted.

4.      Admitted that FlashPoint does not presently manufacture or sell any consumer products, but averred that it has previously done so.  Otherwise, denied.

## PATENTS-IN-SUIT

5.      Admitted.

**JURISDICTION AND VENUE**

6.      Admitted that the counterclaims purport to arise under 35 U.S.C. §§ 100, *et seq.* and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2002, but otherwise denied.

7.      Admitted.

8.      Admitted.

9.      Admitted.

10.     Admitted that an actual controversy exists between FlashPoint and HTC Corp. regarding the validity of one or more claims of U.S. Patent Nos. 6,118,480, 6,177,956, 6,222,538, 6,223,190, 6,249,316, 6,486,914, and 6,504,575 (the "patents-in-suit") and HTC Corp.'s infringement of one or more claims of the patents-in-suit, but otherwise denied.

**GENERAL ALLEGATIONS**

11.     Denied.

12.     No response to Paragraph 12 is required.

**COUNT I: DECLARATORY JUDGMENT OF NON-INFRINGEMENT
AND INVALIDITY OF U.S. PATENT NO. 6,118,480**

13.     FlashPoint incorporates the replies set forth to Paragraphs 1-12 as if fully set forth herein.

14.     Denied.

15.     Denied.

16.     Denied.

**COUNT II: DECLARATORY JUDGMENT OF NON-INFRINGEMENT
AND INVALIDITY OF U.S. PATENT NO. 6,177,956**

17.     FlashPoint incorporates the replies set forth to Paragraphs 1-12 as if fully set forth herein.

18.     Although FlashPoint is still investigating this matter, FlashPoint does not presently allege that HTC Corp. infringes, contributes to the infringement of, or actively induces others to infringe, any claim of the '956 patent.

19.     Denied.

20.     Denied.

### COUNT III: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,222,538

21.     FlashPoint incorporates the replies set forth to Paragraphs 1-12 as if fully set forth herein.

22.     Denied.

23.     Denied.

24.     Denied.

### COUNT IV: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,223,190

25.     FlashPoint incorporates the replies set forth to Paragraphs 1-12 as if fully set forth herein.

26.     Denied.

27.     Denied.

28.     Denied.

### COUNT V: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,249,316

29.     FlashPoint incorporates the replies set forth to Paragraphs 1-12 as if fully set forth herein.

30.      Although FlashPoint is still investigating this matter, FlashPoint does not presently allege that HTC Corp. infringes, contributes to the infringement of, or actively induces others to infringe, any claim of the '316 patent.

31.      Denied.

32.      Denied.

## COUNT VI: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,486,914

33.      FlashPoint incorporates the replies set forth to Paragraphs 1-12 as if fully set forth herein.

34.      Although FlashPoint is still investigating this matter, FlashPoint does not presently allege that HTC Corp. infringes, contributes to the infringement of, or actively induces others to infringe, any claim of the '914 patent.

35.      Denied.

36.      Denied.

## COUNT VII: DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 6,504,575

37.      FlashPoint incorporates the replies set forth to Paragraphs 1-12 as if fully set forth herein.

38.      Denied.

39.      Denied.

40.      Denied.

## PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully requests a judgment as follows against HTC Corp. as follows:

A.      That HTC Corp. takes nothing by its Counterclaims;

- 5 -

B.    That the Court award Plaintiff costs and attorneys' fees incurred in defending

against these Counterclaims; and

C.    Any and all further relief for Plaintiff as the Court may deem just and proper.

### JURY DEMAND

Plaintiff demands a trial by jury on all issues.

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone:  (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
 *Attorneys for Plaintiff Flashpoint Technology, Inc.*

Patrick J. Coughlin
Michael J. Dowd
Ray Arun Mandlekar
James R. Hail
Nathan R. Lindell
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212) 697-6262

Dated:  June 23, 2008

**CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on June 23, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to HTC Corp.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

Jeffrey L. Moyer, Esquire
Steven J. Fineman, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
  *Attorneys for Defendants Nokia, Inc. and*
  *Nokia Corp.*

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
  *Attorneys for Defendant Kyocera Wireless Corp.,*
  *AT&T Mobility LLC and Motorola, Inc.*

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19899
  *Attorneys for Defendant T-Mobile USA Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
  *Attorneys for Defendants HTC America, Inc.,*
  *HTC Corp., Research in Motion Corp. and Research*
  *in Motion Ltd.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
 *Attorneys for Defendant Sprint Spectrum*
 *d/b/a Sprint PCS*

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
 *Attorneys for Defendant Cellco Partnership*
 *d/b/a Verizon Wireless*

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
 *Attorneys for Defendant LG Electronics USA, Inc.*

Rex A. Donnelly, IV, Esquire
Joanne Ceballos, Esquire
Ratner Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
 *Attorneys for Defendant Palm, Inc.*

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com

- 2 -