IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., </br></br>Plaintiff, </br></br>v. </br></br>AT&T MOBILITY, LLC, D/B/A CINGULAR WIRELESS, HTC AMERICA, INC., HTC CORP., KYOCERA WIRELESS CORP., KYOCERA CORP., LG ELECTRONICS USA, INC., LG ELECTRONICS, INC., MOTOROLA, INC., NOKIA, INC., NOKIA CORP., PALM, INC., RESEARCH IN MOTION CORP., RESEARCH IN MOTION LTD., SPRINT SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE USA, INC., and CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, </br></br>Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 08-140-GMS </br> ) </br> ) **JURY TRIAL DEMANDED** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Richard de Bodo, David H. Ben-Meir, and Huan-Yi Lin of Hogan & Hartson LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067 to represent Defendants HTC America, Inc. and HTC Corp. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: June 24, 2008
866659 / 32946

*Attorneys for Defendants HTC America, Inc. and HTC Corp.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

Date: _____                              _____
                                                                    United States District Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 24, 2008          Signed:      /s/ *Richard de Bodo*
                                          Richard de Bodo
                                          Hogan & Hartson LLP
                                          1999 Avenue of the Stars
                                          Suite 1400
                                          Los Angeles, CA  90067
                                          Tel:  (310) 785-4600
                                          rdebodo@hhlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 24, 2008        Signed:        /s/ *David H. Ben-Meir*
David H. Ben-Meir
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
Tel:  (310) 785-4600
dhben-meir@hhlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 24, 2008     Signed:     /s/ *Huan-Yi Lin*
Huan-Yi Lin
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
hlin@hhlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 24, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 24, 2008, the attached document was Electronically Mailed to the following person(s):

David E. Margules
Evan Olin Williford
BOUCHARD MARGULES &
FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
ewilliford@bmf-law.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
James R. Hail
Nathan R. Lindell
COUGHLIN STOIA GELLER RUDMAN
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101
patc@csgrr.com
miked@csgrr.com
rmandlekar@csgrr.com
jimh@csgrr.com
nlindell@csgrr.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY 10017
wardj@wardolivo.com
olivoj@wardolivo.com
hilld@wardolivo.com
zinnam@wardolivo.com
*Attorneys for Plaintiff FlashPoint Technology, Inc.*

John W. Shaw
Karen E. Keller
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jshaw@ycst.com
kkeller@ycst.com
*Attorneys for Defendant AT&T Mobility, LLC, d/b/a Cingular Wireless*

Samuel E. Stubbs
PILLSBURY WINTHROP SHAW PITTMAN LLC
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
sam.stubbs@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility, LLC, d/b/a Cingular Wireless*

William P. Atkins
Christopher K. Dorsey
PILLSBURY WINTHROP SHAW PITTMAN LLC
1650 Tysons Blvd.
McLean, VA 22102-4859
william.atkins@pillsburylaw.com
christopher.dorsey@pillsburylaw.com
*Attorneys for Defendant AT&T Mobility, LLC, d/b/a Cingular Wireless*

Josy W. Ingersoll
John W. Shaw
Karen E. Keller
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com
*Attorneys for Defendant Kyocera Wireless Corp.*

David C. Doyle
M. Andrew Woodmansee
Gregory W. Reilly
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Ste 100
San Diego, CA 92140
ddoyle@mofo.com
mawoodmansee@mofo.com
greilly@mofo.com
*Attorneys for Defendant Kyocera Wireless Corp.*

2

John W. Shaw
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
jshaw@ycst.com
*Attorneys for Defendant Motorola Inc.*

John M. Desmarais
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
KirklandFlashpoint@kirkland.com
*Attorneys for Defendant Motorola Inc.*

Robert F. Perry
Alexas D. Skucas
Allison H. Altersohn
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
rperry@kslaw.com
askucas@kslaw.com
aaltersohn@kslaw.com
*Attorneys for Defendant Nokia, Inc.*

Mark M. Supko
Brian M. Koide
Jennifer Burdman
Leslie J. Gogan
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 2004-2595
msupko@crowell.com
bkoide@crowell.com
jburdman@crowell.com
lgogan@crowell.com
*Attorneys for Defendant Sprint Spectrum
L.P., d/b/a Sprint PCS*

Russell E. Levine
Michael P. Bregenzer
Margaret M. Dolan
Michelle Skinner
KIRKLAND & ELLIS LLP
200 E. Randolph Street, Suite 5400
Chicago, IL 60601
KirklandFlashpoint@kirkland.com
*Attorneys for Defendant Motorola Inc.*

Jeffrey L. Moyer
Steven J. Fineman
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19899
moyer@rlf.com
fineman@rlf.com
*Attorneys for Defendant Nokia, Inc. and
Nokia Corp.*

Frederick L. Cottrell, III
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com
*Attorneys for Defendant Sprint Spectrum L.P.,
d/b/a Sprint PCS*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
Wilmington, DE 19899
aconnollyIII@cblh.com
*Attorneys for Defendant
T-Mobile USA, Inc.*

3

Ramsey M. Al-Salam
Ryan J. McBrayer
PERKINS COIE LLP
1201 Third Avenue, Ste 4800
Seattle, WA 98101
RAlSalam@perkinscoie.com
RMcBrayer@perkinscoie.com
*Attorneys for Defendant*
*T-Mobile USA, Inc.*

James P. Bradley
Li Chen
Tung T. Nguyen
SIDLEY AUSTIN LLP
717 N. Hardwood, Suite 3400
Dallas, TX 75201
jbradley@sidley.com
lchen@sidley.com
tnguyen@sidley.com
*Attorneys for Defendants*
*LG Electronics USA, Inc. and*
*LG Electronics USA, Inc.*

Rex A. Donnelly, IV
Joanne Ceballos
RATNER & PRESTIA
1007 Orange Street, Suite 1100
Wilmington, DE 19801-1231
radonnelly@ratnerprestia.com
jceballos@ratnerprestia.com
*Attorneys for Defendant Palm, Inc.*

Steven J. Balick
John G. Day
Lauren E. Maguire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendant Cellco Partnership,*
*d/b/a Verizon Wireless*

Richard K. Hermann
MORRIS JAMES LLP
500 Delaware Ave., Ste 1500
Wilmington, DE 19801-1494
rherrmann@morrisjames.com
*Attorneys for Defendants*
*LG Electronics USA, Inc. and*
*LG Electronics USA, Inc.*

Peter H. Kang
Theodore W. Chandler
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
pkang@sidley.com
tchandler@sidley.com
*Attorneys for Defendants*
*LG Electronics USA, Inc. and*
*LG Electronics USA, Inc.*

Michael M. Markman
Daniel N. Kassabian
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94194-2878
Michael.Markman@hellerehrman.com
Daniel.kassabian@hellerehrman.com
*Attorneys for Defendant Palm, Inc.*

James H. Wallace, Jr.
Kevin P. Anderson
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
jwallace@wileyrein.com
kanderson@wileyrein.com
*Attorneys for Defendant Cellco Partnership,*
*d/b/a Verizon Wireless*

Stuart Lubitz
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
slubitz@hhlaw.com
*Attorneys for Defendants*
*HTC America, Inc. and HTC Corp.*

Peter J. Chassman
Shane A. Nelson
Joshua S. Wyde
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
ChassmanP@howrey.com
NelsonS@howrey.com
Wyde@howrey.com
*Attorneys for Defendants Research in Motion Corp. and Research in Motion Ltd.*

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

858296 / 32891/32946