**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. 08-140-GMS |
| § | |
| AT&T MOBILITY, LLC, D/B/A CINGULAR § | **JURY TRIAL DEMANDED** |
| WIRELESS, HTC AMERICA, INC., HTC CORP., § | |
| KYOCERA WIRELESS CORP., KYOCERA CORP., § | |
| LG ELECTRONICS USA, INC., LG ELECTRONICS, § | |
| INC., MOTOROLA, INC., NOKIA, INC., NOKIA § | |
| CORP., PALM, INC., RESEARCH IN MOTION § | |
| CORP., RESEARCH IN MOTION LTD., SPRINT § | |
| SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE § | |
| USA, INC., and CELLCO PARTNERSHIP, D/B/A § | |
| VERIZON WIRELESS, § | |
| § | |
| Defendants. § | |

**NOTICE OF DISMISSAL OF DEFENDANT NOKIA CORP.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff FlashPoint Technology, Inc. hereby dismisses this action as to defendant Nokia Corp. This Notice of Dismissal is being filed before service by Nokia Corp. of any answer or motion for summary judgment and is without prejudice.

{BMF-W0099709.}

Patrick J. Coughlin
Michael J. Dowd
Rajesh Arun Mandlekar
James R. Hail
Nathan R. Lindell
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212) 697-6262

Dated: June 30, 2008

/s/ Evan O. Williford
_____
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware
(302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
 *Attorneys for plaintiff Flashpoint Technology, Inc.*

**CERTIFICATE OF SERVICE**

I, Evan O. Williford, hereby certify that on May 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Stipulation and Order to Extend** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

>Jeffrey L. Moyer, Esquire
>Steven J. Fineman, Esquire
>Richards Layton & Finger
>One Rodney Square
>Wilmington, DE 19801
>  *Attorneys for Defendants Nokia, Inc. and*
>  *Nokia Corp.*
>
>Josy W. Ingersoll, Esquire
>John W. Shaw, Esquire
>Karen E. Keller, Esquire
>Young Conaway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>  *Attorneys for Defendant Kyocera Wireless Corp.,*
>  *AT&T Mobility LLC and Motorola, Inc.*
>
>Arthur G. Connolly, III, Esquire
>Connolly Bove Lodge & Hutz
>1007 North Orange Street
>Wilmington, DE 19899
>  *Attorneys for Defendant T-Mobile USA Inc.*
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza
>1313 North Market Street
>Wilmington, DE 19801
>  *Attorneys for Defendants HTC America, Inc.,*
>  *HTC Corp., Research in Motion Corp. and Research*
>  *in Motion Ltd.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
  *Attorneys for Defendant Sprint Spectrum*
  *d/b/a Sprint PCS*

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
  *Attorneys for Defendant Cellco Partnership*
  *d/b/a Verizon Wireless*

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
  *Attorneys for Defendant LG Electronics USA, Inc.*

Rex A. Donnelly, IV, Esquire
Joanne Ceballos, Esquire
Ratner Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
  *Attorneys for Defendant Palm, Inc.*


/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*

{BMF-W0088773.}