## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 08-140-GMS |
| | § | |
| AT&T MOBILITY, LLC, D/B/A CINGULAR | § | **JURY TRIAL DEMANDED** |
| WIRELESS, HTC AMERICA, INC., HTC CORP., | § | |
| KYOCERA WIRELESS CORP., KYOCERA CORP., | § | |
| LG ELECTRONICS USA, INC., LG ELECTRONICS, | § | |
| INC., MOTOROLA, INC., NOKIA, INC., NOKIA | § | |
| CORP., PALM, INC., RESEARCH IN MOTION | § | |
| CORP., RESEARCH IN MOTION LTD., SPRINT | § | |
| SPECTRUM L.P., D/B/A SPRINT PCS, T-MOBILE | § | |
| USA, INC., and CELLCO PARTNERSHIP, D/B/A | § | |
| VERIZON WIRELESS, | § | |
| | § | |
| Defendants | § | |

### PLAINTIFF'S REPLY TO LG ELECTRONICS, INC.'S COUNTERCLAIMS

Plaintiff FlashPoint Technology, Inc. ("FlashPoint") hereby responds to each paragraph of LG Electronics, Inc. ("LGE") Counterclaims as follows:

### PARTIES

1.      Upon information and belief, admitted.

2.      Admitted.

### JURISDICTION AND VENUE

3.      Admitted.

4.      Admitted.

### FIRST COUNTERCLAIM

5.      FlashPoint incorporates its Original Complaint and the replies set forth to Paragraphs 1-4 above as if fully set forth herein.

{BMF-W0099657.}

6.    Denied.

7.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 7 and therefore denies same.

8.    Denied.

9.    Denied.

10.    Denied.

11.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 11 and therefore denies same.

12.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 12 and therefore denies same.

13.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 13 and therefore denies same.

14.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 14 and therefore denies same.

15.    Denied.

## SECOND COUNTERCLAIM

16.    FlashPoint incorporates its Original Complaint and the replies set forth to Paragraphs 1-15 above as if fully set forth herein.

17.    Denied.

18.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 18 and therefore denies same.

19.    Denied.

20.    Denied.

21.    Denied.

22.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 22 and therefore denies same.

23.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 23 and therefore denies same.

24.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 24 and therefore denies same.

25.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 25 and therefore denies same.

26.    Denied.

## THIRD COUNTERCLAIM

27.    FlashPoint incorporates its Original Complaint and the replies set forth to Paragraphs 1-26 above as if fully set forth herein.

28.    Denied.

29.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 29 and therefore denies same.

30.    Denied.

31.    Denied.

32.    Denied.

33.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 33 and therefore denies same.

34.    FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 34 and therefore denies same.

35.     FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 35 and therefore denies same.

36.     FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 36 and therefore denies same.

37.     Denied.

## FOURTH COUNTERCLAIM

38.     FlashPoint incorporates its Original Complaint and the replies set forth to Paragraphs 1-27 above as if fully set forth herein.

39.     Denied.

40.     FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 40 and therefore denies same.

41.     Denied.

42.     Denied.

43.     Denied.

44.     FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 44 and therefore denies same.

45.     FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 45 and therefore denies same.

46.     FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 46 and therefore denies same.

47.     FlashPoint is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of Paragraph 47 and therefore denies same.

48.     Denied.

## FIFTH COUNTERCLAIM

49.     FlashPoint incorporates its Original Complaint and the replies set forth to Paragraphs 1-48 above as if fully set forth herein.

50.     Denied.

## SIXTH COUNTERCLAIM

51.     FlashPoint incorporates its Original Complaint and the replies set forth to Paragraphs 1-50 above as if fully set forth herein.

52.     Denied.

## SEVENTH COUNTERCLAIM

53.     FlashPoint incorporates its Original Complaint and the replies set forth to Paragraphs 1-52 above as if fully set forth herein.

54.     Denied.

## EIGHTH COUNTERCLAIM

55.     FlashPoint incorporates its Original Complaint and the replies set forth to Paragraphs 1-54 above as if fully set forth herein.

56.     Denied.

## EXCEPTIONAL CASE

57.     Denied.

## JURY DEMAND

58.     No response to Paragraph 58 is required.

## PRAYER FOR RELIEF

In addition to the relief requested in Plaintiff's Original Complaint, Plaintiff respectfully

requests a judgment as follows against LGE as follows:

A.    That LGE takes nothing by its Counterclaims;

B.    That the Court award Plaintiff costs and attorneys' fees incurred in defending

against these Counterclaims; and

C.    Any and all further relief for Plaintiff as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

Patrick J. Coughlin
Michael J. Dowd
Ray Arun Mandlekar
James R. Hail
Nathan R. Lindell
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

John F. Ward
John W. Olivo, Jr.
David M. Hill
Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, NY  10017
(212) 697-6262

Dated:  July 1, 2008

/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone:  (302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for Plaintiff Flashpoint Technology, Inc.*

## CERTIFICATE OF SERVICE

I, Evan O. Williford, hereby certify that on July 1, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Plaintiff's Reply to LG Electronics, Inc.'s Counterclaims** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following local counsel for defendants:

> Jeffrey L. Moyer, Esquire
> Steven J. Fineman, Esquire
> Richards Layton & Finger
> One Rodney Square
> Wilmington, DE 19801
>   *Attorneys for Defendants Nokia, Inc. and*
>   *Nokia Corp.*
>
> Josy W. Ingersoll, Esquire
> John W. Shaw, Esquire
> Karen E. Keller, Esquire
> Young Conaway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
>   *Attorneys for Defendant Kyocera Wireless Corp.,*
>   *AT&T Mobility LLC and Motorola, Inc.*
>
> Arthur G. Connolly, III, Esquire
> Connolly Bove Lodge & Hutz
> 1007 North Orange Street
> Wilmington, DE 19899
>   *Attorneys for Defendant T-Mobile USA Inc.*
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street
> Wilmington, DE 19801
>   *Attorneys for Defendants HTC America, Inc.,*
>   *HTC Corp., Research in Motion Corp. and Research*
>   *in Motion Ltd.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801
  *Attorneys for Defendant Sprint Spectrum*
  *d/b/a Sprint PCS*

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
  *Attorneys for Defendant Cellco Partnership*
  *d/b/a Verizon Wireless*

Richard K. Herrmann, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
  *Attorneys for Defendant LG Electronics USA, Inc.*

Rex A. Donnelly, IV, Esquire
Joanne Ceballos, Esquire
Ratner Prestia
1007 Orange Street, Suite 1100
Wilmington, DE 19801
  *Attorneys for Defendant Palm, Inc.*


/s/ Evan O. Williford
David J. Margules (I.D. No. 2254)
Evan O. Williford (I.D. No. 4162)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
  *Attorneys for plaintiff Flashpoint Technology, Inc.*